ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

DUSTIN J. WEISMAN (CO Bar #44818)
JOHN K. HEISE (CA Bar #331615)
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (303) 844-1369
Telephone: (202) 598-3312
Facsimile: (303) 844-1350
Email: dustin.weisman@usdoj.gov
Email: john.heise@usdoj.gov

ERIC GRANT
United States Attorney
Eastern District of California

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:26-cv-00107-DC-SCR<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>*Filed concurrently with: 1. Memorandum in Support of Motion for Preliminary Injunction, 2. Declaration of Jeremiah Karuzas, 3. Declaration of Matthew Warren, 4. Declaration of David Budy, 5. Declaration of Gary Richardson, 6. Declaration of Joseph Eller, 7. Declaration of Ralph Combs, 8. Declaration of Megan Schwartz, 9. Declaration of Rock Zierman, and 10. [Proposed] Order*<br><br>Judge: Hon. Dena M. Coggins<br>Hearing Date: February 20, 2026<br>Time: 1:30 pm<br>Courtroom: 10<br>Oral Argument Requested |

# NOTICE

TO THIS HONORABLE COURT AND COUNSEL FOR THE PARTIES:

NOTICE IS HEREBY GIVEN, pursuant to Local Rules 230(b) and 231(d), that on February 20, 2026, at 1:30 pm, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Judge Dena M. Coggins, at the United States District Court Eastern District of California, located at 501 I Street, Sacramento, California, 95814, Plaintiff the United States of America will, and hereby does, move the Court for a preliminary injunction to enjoin Defendants, the State of California; Gavin Newsom, in his official capacity as the Governor of the State of California, the California Geologic Energy Management Division; and Doug Ito, in his official capacity as State Oil and Gas Supervisor, from enforcing California Senate Bill 1137.

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff the United States of America, by and through its undersigned counsel, hereby moves for a preliminary injunction to enjoin Defendants from enforcing California Senate Bill No. 1137 ("SB 1137") because it is preempted by the Property Clause of the United States Constitution, the Mineral Leasing Act, and the Federal Land Policy and Management Act. This motion is made pursuant to Fed. R. Civ. P. 65, on the grounds that Plaintiff is likely to prevail on the merits of its claim, it will suffer irreparable injury if an injunction is not granted, and the balance of equities and consideration of the public interest weigh in favor of granting an injunction.

This motion is based on this Notice of Motion, the accompanying Memorandum in Support of Motion for Preliminary Injunction, the Declaration of Jeremiah Karuzas, the Declaration of Matthew Warren, the Declaration of David Budy, the Declaration of Gary Richardson, the Declaration of Joseph Eller, the Declaration of Ralph Combs, the Declaration of Megan Schwartz, and the Declaration of Rock Zierman, and on all pleadings and papers on file in this action. Per Local Rule 231(d)(3), Plaintiff does not view it as necessary to present oral testimony at the hearing on the instant motion because the issues presented are purely legal. Plaintiff respectfully requests that the Court allow the parties opportunity for oral argument.

The United States sent a letter on December 4, 2025, to Defendants explaining that SB 1137 is unlawful as applied to federal lands and federal lessees and requesting corrective action.

1  Defendants declined to resolve the matter. On January 14, 2026, the United States and BLM filed
2  their Complaint (Dkt. No. 1). The United States met and conferred with Jerry Yen, Anthony Hakl,
3  and Chris Kissel, attorneys for the State of California, on January 16, 2026. Plaintiff explained the
4  basis for the instant motion and the relief sought, and Defendants' counsel advised Plaintiff that
5  they will oppose the instant motion.

6      WHEREFORE, Plaintiff, the United States of America, respectfully requests this Court to
7  grant its Motion for Preliminary Injunction.

Dated: January 16, 2026            Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

/s/ *John K. Heise*
DUSTIN J. WEISMAN (CO Bar #44818)
JOHN K. HEISE (CA Bar #331615)
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (303) 844-1369
Telephone: (202) 598-3312
Facsimile: (303) 844-1350
Email: dustin.weisman@usdoj.gov
Email: john.heise@usdoj.gov

ERIC GRANT
United States Attorney
Eastern District of California

*Attorneys for the United States*