## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 2:26-cv-00107-DC-SCR<br><br>**DECLARATION OF DAVID BUDY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Dena M. Coggins<br>Magistrate Judge: Hon. Sean C. Riordan |

I, David Budy, declare as follows:

1. I am the Director of Environmental Health and Safety at Sentinel Peak Resources California LLC ("Sentinel Peak"). I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to those facts.

2. I make the following statements on behalf of Sentinel Peak as the lessee of various mineral leases issued by the Bureau of Land Management ("BLM") as lessor.

3. Sentinel Peak owns and operates various oil and gas assets throughout the state of California, including in the Midway-Sunset Oil Field within Kern County.

4. Among Sentinel Peak's planned development projects is the Pioneer Project ("Project"), which consists of drilling 32 wells, 75% of which will be located on a federal lease held by Sentinel Peak. All wells in the Project are located within a "Health Protection Zone" as that term is defined under Senate Bill ("SB") 1137, (Public Resources Code § 3280).

5. In February 2022, Sentinel Peak received Permits to Drill from BLM for the first fifteen federal wells in the Project. The following month, Sentinel Peak submitted Notices of Intent ("NOIs") to the Department of Conservation's Geologic Energy Management Division ("CalGEM") for this initial batch of Project wells.

6. As part of Sentinel Peak's application process for these federal wells, CalGEM requested SB 1137-related information. On September 13, 2024, I received an update from CalGEM requesting that Sentinel Peak "continue to work with the CalGEM district on SB 1137

screening requirements for the NOIs submitted for your project." The email also stated, "If your project has changed due to SB 1137, please contact the CEQA document Project Manager and update the project description in your draft initial study."

7. On October 10, 2024, I contacted CalGEM personnel and requested a meeting to better understand CalGEM's position regarding the application of SB 1137 to BLM leases.

8. On November 4, 2024, Allan Koch, Central District Supervising Oil and Gas Engineer, replied: "David, as per below and confirmed by Legal, anything under CalGEM's jurisdiction, including on BLM land, that requires a notice of intention falls under SB-1137 (PRC 3281)." As part of his email, he forwarded internal correspondence between CalGEM personnel and the Department of Conservation's legal department, including Chief Counsel Justin Turner. In that correspondence, Mr. Koch asked Mr. Turner: "Anything that is under CalGEM's jurisdiction requiring a notice of intention would fall under SB-1137 (PRC 3281), including on BLM land. Do you agree?" Mr. Turner responded: "There are no differences; SB 1137 applies to any notice of intention in California."

9. A true and correct copy of this email exchange is attached as Exhibit A to this declaration.

10. To date, because of SB 1137, CalGEM has failed to act on and therefore approve any of Sentinel Peak's NOIs for the Project's federal wells. Without the NOIs, Sentinel Peak is prevented from fully utilizing the development potential of its federal lease, and has not spudded any of the wells referenced above for the Project.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17 day of December, Bakersfield California.

/s/ David Budy
David Budy
(original signature retained by
Attorney Michael N. Mills of Stoel Rives LLP)

# Exhibit A

**From:** Koch, Allan@DOC <Allan.Koch@conservation.ca.gov>
**Sent:** Monday, November 4, 2024 1:01 PM
**To:** David Budy <DBudy@sentinelpeakresources.com>
**Cc:** Obrien, Charles@DOC <Charles.Obrien@conservation.ca.gov>
**Subject:** [EXTERNAL] FW: Legal Meeting Request from Sentinel Peak Resources

David, as per below and confirmed by Legal, anything under CalGEM's jurisdiction, including on BLM land, that requires a notice of intention falls under SB-1137 (PRC 3281).



**Allan Koch**
Operations Manager | Central District
Supervising Oil & Gas Engineer

**California Department of Conservation**
**Geologic Energy Management**
11000 River Run Boulevard
Bakersfield, CA 93311
C: (661) 556-6512
E: allan.koch@conservation.ca.gov



  

---

**From:** Craig, Caryn@DOC <Caryn.Craig@conservation.ca.gov>
**Sent:** Monday, November 4, 2024 12:46 PM
**To:** Koch, Allan@DOC <Allan.Koch@conservation.ca.gov>; Turner, Justin@DOC <Justin.Turner@conservation.ca.gov>
**Cc:** Obrien, Charles@DOC <Charles.Obrien@conservation.ca.gov>
**Subject:** Re: Legal Meeting Request from Sentinel Peak Resources

Hi Allan. There are no differences; SB 1137 applies to any notice of intention in California.

---

**From:** Koch, Allan@DOC <Allan.Koch@conservation.ca.gov>
**Sent:** Monday, November 4, 2024 9:30 AM
**To:** Craig, Caryn@DOC <Caryn.Craig@conservation.ca.gov>; Turner, Justin@DOC <Justin.Turner@conservation.ca.gov>
**Cc:** Obrien, Charles@DOC <Charles.Obrien@conservation.ca.gov>
**Subject:** RE: Legal Meeting Request from Sentinel Peak Resources

Caryn/Justin, as per below, SPR has a question regarding BLM land in an HPZ, if there are any differences vs non-BLM in HPZ I believe.  They would like a meeting but I believe this also could be settled with an email saying there are no differences, anything that is under CalGEM's jurisdiction requiring a notice of intention would fall under SB-1137 (PRC 3281), including on BLM land.  Do you agree?

1



**Allan Koch**
Operations Manager | Central District
Supervising Oil & Gas Engineer

**California Department of Conservation**
**Geologic Energy Management**
11000 River Run Boulevard
Bakersfield, CA 93311
C: (661) 556-6512
E: allan.koch@conservation.ca.gov





**From:** Koch, Allan@DOC
**Sent:** Thursday, October 10, 2024 3:23 PM
**To:** Obrien, Charles@DOC <Charles.Obrien@conservation.ca.gov>
**Cc:** Craig, Caryn@DOC <Caryn.Craig@conservation.ca.gov>
**Subject:** RE: Legal Meeting Request from Sentinel Peak Resources

Thank you Charles. Caryn, we have a request as per below from Sentinel Peak Resources for a meeting about HPZ drilling NOIs on BLM (Federal) leases, we can discuss more first.



**Allan Koch**
Operations Manager | Central District
Supervising Oil & Gas Engineer

**California Department of Conservation**
**Geologic Energy Management**
11000 River Run Boulevard
Bakersfield, CA 93311
C: (661) 556-6512
E: allan.koch@conservation.ca.gov





**From:** Obrien, Charles@DOC <Charles.Obrien@conservation.ca.gov>
**Sent:** Thursday, October 10, 2024 3:19 PM
**To:** Koch, Allan@DOC <Allan.Koch@conservation.ca.gov>
**Subject:** Legal Meeting Request from Sentinel Peak Resources

Allan,

David sent this email after telephoning me. Sentinel Peak Resources would like a meeting with CalGEM legal on drilling in Federal Leases at Midway-Sunset. I told him I would forward this email to you and you can discuss with Chris or Rohit.

2



### Charles O'Brien
Senior Oil and Gas Engineer, Inland District

**California Department of Conservation**
**Geologic Energy Management**
11000 River Run Blvd.
Bakersfield, CA  93311
T: 661.599.6089 - Cell
T: 661.326.6033 - Desk
T: 661.322.4031 - Main
E: Charles.OBrien@conservation.ca.gov

---

**From:** David Budy <DBudy@sentinelpeakresources.com>
**Sent:** Thursday, October 10, 2024 3:03 PM
**To:** Obrien, Charles@DOC <Charles.Obrien@conservation.ca.gov>
**Subject:** Meeting Request

Charles,
Following up on a phone message I left for you this afternoon.  I would like to request a meeting to discuss SPR's Pioneer leases and new drill request for BLM wells in this area.  There are sensitive receptor impacts related to SB 1137 and we would like to better understand CalGEM's interpretation of the rules for these properties.  Our legal team would like to participate and would appreciate having CalGEM's legal involved in the meeting.

Thank you for the help on this matter.

David Budy
EH&S Manager
Sentinel Peak Resources
661.395.5471 (off)
661.333.0455 (cell)
dbudy@sentinelpeakresources.com

3