UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of the State of California, in his official capacity; CALIFORNIA GEOLOGIC ENERGY MANAGEMENT DIVISION, an agency of the State of California; and DOUG ITO, State Oil and Gas Supervisor, in his official capacity,<br><br>    Defendants. | CASE NO.: 2:26-cv-00107-DC-SCR<br><br>**DECLARATION OF JOSEPH M. ELLER**<br><br>Action Filed: January 14, 2026 |

I, JOSEPH M. ELLER, hereby declare the following:

1. I am the President of Holmes Western Oil Corporation ("HWOC"). In this role, I am responsible for overseeing the company's leasing, permitting, and development operations on federal lands in California. I have personal knowledge of the facts set forth herein, and if called to testify to any matter stated herein, I could and would do so competently.

2. HWOC holds valid federal oil and gas leases issued by the United States Bureau of Land Management ("BLM"), as well as the federal permits necessary to drill and develop wells under those leases. These leases and permits were lawfully obtained and remain in full force and effect.

3. Senate Bill 1137 ("SB 1137") attempts to impose statutory prohibitions and setbacks relating to these federal leases and federal permits if they are located within Health

1  Protection Zones within 3200 feet of defined "sensitive receptors" ("HPZs").  Although federal
2  leases and permits issued to HWOC remain valid, SB 1137 erects practical and economic barriers
3  that prevent HWOC from exercising its federal lease rights without purportedly violating state
4  law.  SB 1137 prohibits the California Geologic Energy Management Division ("CalGEM"), the
5  state regulatory body for oil and gas operations, from issuing a Notice of Intention ("NOI")
6  within an HPZ, absent certain limited health and safety exceptions.  As a result, regular activities
7  requiring an NOI within an HPZ, including on federal lands, are purportedly banned under the
8  terms of SB 1137.  Activities requiring an NOI from CalGEM include not only drilling new
9  wells, but also repairing the casing, sidetracking, deepening, or redrilling existing federal wells.
10 These are standard maintenance practices that are routinely used in the industry to maintain the
11 productive and safe life of wells.

12    4.    In December 2024, HWOC received fourteen (14) drilling permits from BLM for
13 new wells on federal lands in California, pursuant to various federal leases, for wells located
14 entirely within HPZs.  However, CalGEM has verbally indicated to me that it will not issue NOIs
15 (state drilling permits) for these federal wells due to their location inside HPZs.  Despite holding
16 valid federal leases and federal permits, HWOC cannot drill or develop these federal wells
17 without risking an alleged violation of state law for proceeding without NOIs.  Indeed, I was
18 involved in a meeting with CalGEM where it advised operators that it would take enforcement
19 action if an operator proceeded with drilling or prohibited maintenance operations within an HPZ
20 on federal lands without an NOI from CalGEM,

21    5.    Based on my experience working in the area on these types of wells, I estimate
22 that each of the fourteen (14) federally permitted wells in an HPZ is expected to recover
23 approximately 51,300 barrels of oil over its productive life.  Taken together, the fourteen (14)
24 wells represent total estimated reserves of approximately **718,200 barrels of oil** (14 wells times
25 51,300 barrels of oil per well).  If one uses an average realized oil price of $65 per barrel, the
26 anticipated gross revenue from these reserves is approximately **$46,683,000** ($65 per barrel times
27 718,200 barrels of oil).  The federal royalty rate for HWOC's leases is 12.5%, and therefore the
28

United States would receive approximately **$5,835,375 in royalty payments** ($46,683,000 times 12.5% royalty rate).

6. Since SB 1137 is being used to prevent HWOC from developing these fourteen (14) wells, the federal government will be deprived of estimated royalty revenues exceeding $5.8 million.

7. Due to SB 1137's prohibitions on CalGEM's issuance of NOIs within an HPZ and CalGEM's position that it will take enforcement action if an operator attempts to drill within an HPZ on federal lands without an NOI (as discussed above), HWOC does not plan to bid on any federal leases within an HPZ while SB 1137 is in effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17 day of 12/2025, at TAFT, California.

_____
JOSEPH M. ELLER

DECLARATION OF JOSEPH ELLER