**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:26-cv-00107-DC-SCR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

It is hereby ORDERED that Defendants, the State of California, Gavin Newsom, the California Geologic Energy Management Division, and Doug Ito, shall cease and desist from taking actions to assert Cal. Pub. Res. Code §§ 3281(a)-(b) and associated Cal. Code Regs. tit. 14, §§ 1765-1765.10 against the United States, its agencies, its officers, and its lessees. This Order shall remain in effect until further order of this Court.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Dena M. Coggins
U.S. District Court Judge