# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. State of California, et al. | ) ) | Case No. 2:26-cv-00107-DC-SCR |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: January 20, 2026

*Attorney's signature*

Dustin J. Weisman / CO Bar #: 44818
*Printed name and bar number*

999 18th Street
North Terrace, Suite 600
Denver, CO 80202
*Address*

dustin.weisman@usdoj.gov
*E-mail address*

202-598-9063
*Telephone number*

303-844-1350
*FAX number*