ROB BONTA, State Bar No. 202668
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
CHRISTOPHER J. KISSEL, State Bar No. 333937
JERRY T. YEN, State Bar No. 247988
Deputy Attorneys General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendants State of California, Governor Gavin Newsom, California Department of Conservation, Geologic Energy Management Division, and Doug Ito*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, in his official capacity as Governor of the State of California; CALIFORNIA DEPARTMENT OF CONSERVATION, GEOLOGIC ENERGY MANAGEMENT DIVISION; and DOUG ITO, in his official capacity as State Oil and Gas Supervisor,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:26-cv-00107-DC-SCR<br><br>**JOINT STIPULATION FOR BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S PRELIMINARY INJUNCTION MOTION AND TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER**<br><br>Judge:　　　Hon. Dena M. Coggins<br>Action Filed: January 14, 2026 |

Pursuant to Civil Local Rule 144, Defendants State of California, Governor Gavin Newsom, California Department of Conservation, Geologic Energy Management Division, and Supervisor Doug Ito, and Plaintiff United States of America (collectively, Parties), acting by and through their respective counsel, stipulate and respectfully submit as follows:

1

WHEREAS, Plaintiff filed the instant action on January 14, 2026;

WHEREAS, Defendants were served with the Complaint and summons on January 16, 2026;

WHEREAS, Defendants' current deadline to answer or otherwise respond to the Complaint is February 6, 2026;

WHEREAS, Plaintiff filed a preliminary injunction motion on January 16, 2026;

WHEREAS, Defendants have requested additional time to respond to the motion for preliminary injunction due to preexisting trial obligations and personal commitments by Defendants' counsel;

WHEREAS, the Parties have met and conferred and agree on a briefing schedule for the preliminary injunction motion and hearing date as set forth below;

WHEREAS, the Parties are also available for a hearing at the Court's convenience, prior to the proposed March 20 hearing date, after the briefing is completed;

WHEREAS, the Parties agree that, in the interests of judicial economy and Plaintiff's desire for a prompt resolution of the preliminary injunction motion, Defendants' response to the Complaint shall be due 21 days after the Court issues a ruling on the preliminary injunction motion;

WHEREAS, Defendants agree to not file a Rule 12 motion, if any, until after the Court's resolution of the preliminary injunction motion; and

WHEREAS, the Parties have not previously requested any time modifications to any deadlines in this case.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that:

1. Defendants' opposition to Plaintiff's motion for preliminary injunction will be due on February 20, 2026;

2. Plaintiff's reply in support of its motion for preliminary injunction will be due on March 6, 2026;

3. The hearing on Plaintiff's motion for preliminary injunction will be reset to March 20, 2026, or at the Court's convenience prior to the proposed March 20 hearing date, after the briefing is completed; and

4. Defendants' response to the Complaint will be due 21 days after the Court issues a ruling on the preliminary injunction motion and Defendants will not file a Rule 12 motion, if any, until after the Court's resolution of the preliminary injunction motion.

| | | |
|---|---|---|
| 1 | Dated: January 23, 2026 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANTHONY R. HAKL<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s Jerry T. Yen* |
| 6 | | |
| 7 | | JERRY T. YEN<br>Deputy Attorney General |
| 8 | | *Attorneys for Defendants State of California, Governor Gavin Newsom, California Department of Conservation,* |
| 9 | | *Geologic Energy Management Division, and Doug Ito* |
| 10 | | |
| 11 | Dated: January 23, 2026 | Respectfully submitted, |
| 12 | | ADAM R.F. GUSTAFSON<br>Principal Deputy Assistant Attorney General |
| 13 | | PETER M. TORSTENSEN, JR.<br>Deputy Assistant Attorney General |
| 14 | | |
| 15 | | */s/ Dustin J. Weisman* |
| 16 | | DUSTIN J. WEISMAN |
| 17 | | JOHN K. HEISE<br>Trial Attorneys<br>Natural Resources Section |
| 18 | | Environment and Natural Resources Division<br>U.S. Department of Justice |
| 19 | | |
| 20 | | |
| 21 | | ERIC GRANT<br>United States Attorney |
| 22 | | Eastern District of California<br>*Attorneys for Plaintiff United States of* |
| 23 | | *America* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the Court GRANTS the stipulation and ORDERS as follows:

1. Defendants' deadline to file their opposition to Plaintiff's motion for preliminary injunction is February 20, 2026;

2. Plaintiff's deadline to file its reply in support of its motion for preliminary injunction is March 6, 2026;

3. The hearing on Plaintiff's motion for preliminary injunction is reset for March 20, 2026, at 1:30 p.m.; and

4. Defendants' deadline to respond to the Complaint shall be twenty-one (21) days after the Court issues a ruling on the preliminary injunction motion. Defendants will not file a Rule 12 motion, if any, prior to the Court's resolution of the preliminary injunction motion.

**IT IS SO ORDERED.**

DATE:

HON. DENA M. COGGINS
United States District Judge

# CERTIFICATE OF SERVICE

| Case Name: | United States of America v. State of California, et al. | No. | 2:26-cv-00107 |
|---|---|---|---|

I hereby certify that on <u>January 23, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION FOR BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S PRELIMINARY INJUNCTION MOTION AND TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 23, 2026</u>, at Sacramento, California.

|  |  |
|---|---|
| Ksenia Lavrushchak | */s/ Ksenia Lavrushchak* |
| Declarant | Signature |

SA2026300321
39598108