1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   ANTHONY R. HAKL, State Bar No. 197335
    Supervising Deputy Attorney General
3   CHRISTOPHER J. KISSEL, State Bar No. 333937
    JERRY T. YEN, State Bar No. 247988
4   Deputy Attorneys General
      1300 I Street, Suite 125
5     Sacramento, CA 95814
      Telephone: (916) 210-7836
6     Fax: (916) 324-8835
      E-mail: Jerry.Yen@doj.ca.gov
7   *Attorneys for Defendants State of California,*
    *Governor Gavin Newsom, California Department of*
8   *Conservation, Geologic Energy Management*
    *Division, and Doug Ito*

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  | | |
    |---|---|
    | **UNITED STATES OF AMERICA,** | Case No. 2:26-cv-00107-DC-SCR |
    | Plaintiff, | **DECLARATION OF JERRY T. YEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION** |
    | v. | |
    | **STATE OF CALIFORNIA; GAVIN NEWSOM, in his official capacity as Governor of the State of California; CALIFORNIA DEPARTMENT OF CONSERVATION, GEOLOGIC ENERGY MANAGEMENT DIVISION; and DOUG ITO, in his official capacity as State Oil and Gas Supervisor,** | |
    | Defendants. | |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF JERRY T. YEN

I, Jerry T. Yen, declare:

1.    I am a Deputy Attorney General for the Office of the Attorney General for the State of California, and attorney of record for Defendants in this action.

2.    I am competent to testify to the matters set forth in this declaration, and if called to do so, I would and could so testify.  I make this declaration in support of Defendants' Opposition to Plaintiff's Preliminary Injunction Motion.

3.    A true and correct copy of the Senate Rules Committee, Bill Analysis on SB 1137, prepared on August 30, 2022, is attached as **Exhibit A**.

4.    A true and correct copy of the Assembly Committee on Natural Resources, Bill Analysis on SB 1137, dated August 29, 2022, is attached as **Exhibit B**.

5.    A true and correct copy of California Council on Science and Technology, *An Independent Scientific Assessment of Well Stimulation in California* – Executive Summary (July 2015) is attached as **Exhibit C**.

6.    A true and correct copy of the October 1, 2021 Memorandum from the California Oil and Gas Public Health Rulemaking Scientific Advisory Panel to the California Department of Conservation, Geologic Energy Management Division is attached as **Exhibit D**.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2026.


_____*/s/ Jerry T. Yen*_____
JERRY T. YEN
Deputy Attorney General

# EXHIBIT A

**SENATE RULES COMMITTEE**                                        SB 1137
Office of Senate Floor Analyses
(916) 651-1520   Fax: (916) 327-4478

---

UNFINISHED BUSINESS

---

Bill No:    SB 1137
Author:     Gonzalez (D) and Limón (D), et al.
Amended:    8/27/22
Vote:       21

---

PRIOR SENATE VOTES NOT RELEVANT

ASSEMBLY FLOOR:  46-24, 8/30/22 - See last page for vote

---

**SUBJECT:**  Oil and gas:  operations:  location restrictions:  notice of intention:
             health protection zone:  sensitive receptors

**SOURCE:**   Author

---

**DIGEST:**  This bill establishes health protection zones that are 3,200 feet in all directions from a sensitive receptor; prohibits the Geologic Energy Management Division from approving the drilling of new oil or gas wells or the reworking of existing oil or gas wells within a health protection zone with certain exceptions, such as to plug-and-abandon a well; and establishes additional monitoring and other requirements for existing oil and gas operations in a health protection zone, among other things.

*Assembly Amendments* gut-and-amend the bill to its current form.

**ANALYSIS:**

Existing law:

1)  Establishes the Geologic Energy Management Division (CalGEM) in the Department of Conservation.  CalGEM regulates oil and gas production in the state, and CalGEM's leader is the State Oil and Gas Supervisor (supervisor).

2)  Provides that the purposes of the state's oil and gas conservation laws include protecting public health and safety and environmental quality, including the reduction and mitigation of greenhouse gas emissions associated with the development of hydrocarbon and geothermal resources in a manner that meets the energy needs of the state. (Public Resources Code (PRC) §3011)

3) Directs the supervisor to so supervise the drilling, operation, maintenance, and abandonment of wells and the operation, maintenance, and removal or abandonment of tanks and facilities attendant to oil and gas production, as specified, so as to prevent, as far as possible, damage to life, health, property, and natural resources, as provided. (PRC §3106)

4) Requires the operator of a well to file a written notice of intention (NOI) to commence drilling, and prohibits any drilling until approval is given by, the supervisor or district deputy. (PRC §3203)

   a) Once issued, a NOI is valid for drilling or re-drilling work, as applicable, for two years and cannot be renewed. A NOI effectively authorizes the operation of the well once the well is completed.

This bill establishes health protection zones that are 3,200 feet in all directions from a sensitive receptor; prohibits CalGEM from approving the drilling of new oil or gas wells or the reworking of existing oil or gas wells within a health protection zone with certain exceptions, such as to plug-and-abandon a well; and establishes additional monitoring and other requirements for existing oil and gas operations in a health protection zone, among other things. Specifically, this bill:

1) Defines a health protection zone to be the area within 3,200 feet of a sensitive receptor, as provided. Sensitive receptors include a residence, an education resource, such as a school, a community resource center, a health care facility, a long-term care hospital, a prison, and any building housing a business open to the public, among others.

2) Prohibits CalGEM starting January 1, 2023, from approving a notice of intention to drill a new well or rework an existing well in a health protection zone, subject to the following exceptions:

   a) To prevent or respond to a threat to public health, safety, or the environment.

   b) To comply with a court order finding that denying approval would amount to a taking of property, or a court order otherwise requiring approval of a notice of intention.

   c) To plug and abandon or reabandon a well, including an intercept well needed to plug and abandon or reabandon a well.

3) Exempts underground gas storage wells and attendant facilities from all bill provisions.

4) Requires an operator who submits a notice of intention to submit a sensitive receptor inventory and map, and a statement certifying that the operator has confirmed, and CalGEM has verified, that there are no sensitive receptors within 3,200 feet of the wellhead or proposed wellhead, as provided.

5) Authorizes CalGEM to approve NOIs for the plug and abandonment or re-plug and abandonment of certain wells submitted by public and private entities who own, purchase or lease land for non-fossil fuel development or production or injection or related purposes, as provided. Prohibits these public or private entities, their tenants, lessors or occupants from engaging in oil or gas development or production or injection or related purposes, as provided.

6) Requires all oil or gas production facilities or wells within a health protection zone to be in compliance with additional requirements starting January 1, 2025, that include limiting nighttime noise and light pollution, dust control and vapor venting requirements, representative chemical analyses of certain produced waters, and publicly posted contact information, as specified.

7) Requires all operators with a production facility or wellhead in a health protection zone to develop a leak detection and response plan (plan).

   a) Requires the plan to be submitted to CalGEM by January 1, 2025, and fully implemented by January 1, 2027. Requires plans submitted by January 1, 2025, to either be approved or a notice of deficiencies provided by CalGEM by January 1, 2026. Requires a plan to be subject to CalGEM approval, as specified.

   b) Requires, after January 1, 2027, the operator to suspend all production and injection operations within a health protection zone unless an approved plan is fully implemented.

   c) Requires the plan to identify chemical constituents, such as methane and hydrogen sulfide, and potential toxics of highest concern that will be detection targets for the emissions detection system to ensure early detection of leaks. Authorizes methane to serve as a surrogate for certain chemical constituents, as provided. Requires the use of a continuously operating emissions detection system with an alarm system, as specified.

   d) Requires an alarm system protocol in the plan so that if a leak is not stopped within 48 hours, the surrounding community is notified in appropriate languages.

   e) Authorizes the California Air Resources Board (CARB), CalGEM, and the State Water Resources Control Board (SWRCB) to adopt regulations to implement and set standards for the emissions detection system.

   f) Requires CalGEM and CARB to collaborate to develop methods for providing public access to data generated from operators' emissions detection systems.

   g) Requires CalGEM to hold at least three public workshops to provide information and guidance to operators and the public on the plans, as provided. Requires CalGEM to hold at least on public technical workshop at least biennially to provide information and guidance to operators on best practices related to the plans.

   h) Requires an operator's plan to be reviewed and updated at least once every five years. Requires operators to maintain records of emissions for 10 years, as provided.

   i) Requires, starting July 1, 2023, the supervisor to notify applicable legislative committees on progress towards achieving the deadlines in subdivision (a).

8) Requires, prior to commencing work that requires a NOI, the operator to provide baseline and follow-up groundwater testing to property owners and tenants within the health protection zone, as provided. Requires water quality data to be reported to the SWRCB, as specified.

9) Requires an operator to submit annually to CalGEM a sensitive receptor map and inventory starting July 1, 2023, as provided. Requires CalGEM to review at least 30 percent of the submissions annually.

10) Requires an operator in the health protection zone starting January 1, 2027, to annually submit certain information about operations in the health protection zone to CalGEM, as specified. Requires CalGEM to submit an annual report to the Legislature starting by July 1, 2027, concerning the implementation of health safety zones and related matters.

11) Authorizes CalGEM, CARB, and the SWRCB to use emergency rulemaking to implement this bill. Provides that the emergency regulations remain in effect for two years, as specified. Requires CARB, SWRCB, certain local air districts and local water quality control boards to enter into memoranda of understanding (MOUs) with CalGEM to clearly delineate respective responsibilities pursuant to this bill. Requires the MOUs to be executed by June 1, 2023.

12) Provides a savings provision for the authority or jurisdiction of state regulators, as specified.  Provides that a city, county, or city and county may impose more stringent regulations, limit, or prohibitions on oil and gas development. Provides that the supervisor's authority to deny, revoke, or suspend permits is not diminished or altered by this bill, as provided.

13) Provides that provisions of this bill are severable, and makes relevant legislative findings and declarations.

## Background

In November 2019, the Newsom Administration issued a press release ordering three actions specific to oil and gas development and production.  One of the actions announced the start of what was intended to become a regulatory process to update public health and safety protections for communities near oil and gas production operations.  As part of that effort, CalGEM convened a panel of public health and other experts on the California Oil and Gas Public Health Rulemaking Scientific Advisory Panel (Panel).  In an October 1, 2021 letter to the Newsom Administration, the Panel stated:

> Our Panel concludes with a high level of certainty that the epidemiological evidence indicates that close residential proximity to oil and gas development is associated with adverse perinatal and respiratory outcomes, for which the body of human health studies is most extensive in California and other locations.

The Panel also concluded "with a high level of certainty that concentration of health-damaging air pollutants, including criteria air pollutants and toxic air contaminants, are more concentrated near oil and gas development activities compared to further away," and that "studies consistently demonstrate evidence of harm at distances less than 1 km, and some studies also show evidence of harm linked to oil and gas development activity at distances greater than 1 km."

One kilometer is approximately 3,200 feet.  Existing CalGEM regulations protect against acute risks to public health and safety (i.e. well blowouts during drilling), and do not appear designed to address chronic, low-level exposures to potential emissions of oil and gas wells and related facilities.

Through zoning and local ordinances, many local jurisdictions throughout the state have established setback distances for new oil and gas wells and various permitting requirements depending upon land use. There are some locations where oil and gas wells are in close proximity to housing (within 100 feet), and some locations where oil and gas development pre-dates local zoning requirements.

**Comments**

*CalGEM retains authority to continue its public health rulemaking.* Discussion draft regulations were released in December 2021, and public comment taken. Certain elements proposed in the discussion draft regulations are incorporated into this bill.  CalGEM retains the authority to continue its public health rulemaking, and is further authorized to seek emergency regulations to implement this bill.

**FISCAL EFFECT:**  Appropriation:  No   Fiscal Com.:   Yes    Local:  Yes

Unknown with latest amendments.

**SUPPORT:**  (Verified  8/29/22)

1000 Grandmothers for Future Generations
350 Bay Area Action
350 Conejo/San Fernando Valley
350 Humboldt
350 Sacramento
350 Silicon Valley
350 Southland Legislative Alliance
350 Ventura County Climate Hub
Active San Gabriel Valley
Alliance of Nurses for Healthy Environments
Azul
Better World Group
Black Women for Wellness
California Climate Voters
California Communities Against Toxics
California Environmental Voters
California Faculty Association
California Federation of Teachers
California Green New Deal Coalition
California Safe Schools
California School Employees Association
California Teachers Association
Californians Against Waste
CALPIRG
Carbon Cycle Institute
CEJA Action
Center for Biological Diversity
Center on Race, Poverty, and the Environment
Central California Environmental Justice Network

Central Valley Air Quality Coalition
Citizen's Climate Lobby – LA West Chapter
Clean Water Action
Climate First: Replacing Oil & Gas
Climate Health Now
Climate Reality Bay Area Chapter
Coalition for Clean Air
Communities for a Better Environment
Community Water Center
Conejo Climate Coalition
Congregation Beth Am Dayenu Circle
Congregation Netivot Shalom Climate Tzedek
Courage California
Crop Swap LA
Dayenu Circle of Congregation Shir Ami in Castro Valley
Dayenu Circle of Jewish Silicon Valley
Dayenu: A Jewish Call to Climate Action
Earthjustice
Ecology Center
Elder Climate Action – NorCal Chapter
Elder Climate Action – SoCal Chapter
Environment California
Environmental Defense Fund
Environmental Working Group
Fierce Courage
Food & Water Watch
Fossil Free California
FracTracker Alliance
Friends Committee on Legislation of California
Glendale Environmental Coalition
Greenpeace USA
Hall Enterprises
Heal the Bay
Indivisible Sacramento
Indivisible Ventura
Leadership Counsel for Justice and Accountability
Let's Green CA!
Liberty Hill Foundation
Local Clean Energy Alliance
Long Beach Alliance for Clean Energy
Los Angeles County Dayenu Circle

Miracle Mile Democratic Club
Mothers Out Front Silicon Valley
Napa Climate Now!
Natural Resources Defense Council
NextGen California
Northern California Recycling Association
Oil and Gas Action Network
Orange County Environmental Justice
Pacific Environment
Pacoima Beautiful
Peninsula Interfaith Climate Action
Peninsula Temple Beth El
Peninsula Temple Beth El Rodfei Tzedek Leadership Team
Physicians for Social Responsibility – Los Angeles Chapter
Physicians for Social Responsibility – Sacramento Chapter
Physicians for Social Responsibility – San Francisco Chapter
Planning and Conservation League
Plastic Oceans International
Plastic Pollution Coalition
Protect Playa Now
RAC-CA/California Religious Action Center of Reform Judaism
Richmond Our Power Coalition
Rincon-Vitova Insectaries
Sacramento Area Congregations Together
Sacred Ground
San Diego 350
San Fernando Valley Young Democrats
Save Our Shores
Save the Albatross Coalition
SBCAN
SEIU California
Seventh Generation Advisors
Sierra Club California
SoCal 350 Climate Action
Stand.earth
Strategic Concepts in Organizing and Policy Education
Sunflower Alliance
Sunrise Bay Area
Sunrise Los Angeles Youth
Surfrider Foundation
Temple Beth El, Aptos, CA

The 5 Gyres Institute
The Center for Oceanic Awareness, Research, and Education
The Climate Center
The Climate Reality Project – Los Angeles Chapter
The Climate Reality Project – San Fernando Valley
The Greenlining Institute
The Kitchen SF Rainmakers
The Nature Conservancy
The Orchard
Transformative Wealth Management, LLC
Upstream
Voices for Progress
Voices in Solidarity Against Oil in Neighborhoods
Wishtoyo Chumash Foundation
Zero Waste USA

**OPPOSITION:** (Verified  8/29/22)

African American Farmers of California
Agilitech
American Pistachio Growers
Asian Industry Business to Business
Banning Chamber of Commerce
Beaumont Chamber of Commerce
Big Bear Chamber of Commerce
Big Red Crane Co.
BrandSafway
C&J Energy Services
California Alliance of Business Associations
California Chamber of Commerce
California Fuels & Convenience Alliance
California Hispanic Chambers of Commerce
California Independent Petroleum Association
Calimesa Chamber of Commerce
Carson Chamber of Commerce
Central California Association of Builders and Contractors
Central Valley Energy Coalition
Chino Valley Chamber of Commerce
City of Taft
Coalinga Chamber of Commerce
Coalition of California Chambers – Orange County
Coastal Energy Alliance

Corona Chamber of Commerce
County of Kern
Fontana Chamber of Commerce
Fresno Chamber of Commerce
Fresno County Farm Bureau
Fresno Deputy Sheriff's Association
Garden Grove Chamber of Commerce
Greater Bakersfield Chamber of Commerce
Greater Coachella Valley Chamber of Commerce
Greater High Desert Chamber of Commerce
Greater Los Angeles African American Chamber of Commerce
Greater Ontario Chamber of Commerce
Harbor Association of Industry and Commerce
Hemet San Jacinto Chamber of Commerce
Highland Area Chamber of Commerce
Hmong Business Incubator
Inland Empire Economic Partnership
Kern Citizens for Energy
Kern County Economic Development Corporation
Kern County Farm Bureau
Kern County Firefighters
Kern County Hispanic Chamber of Commerce
Kern County Oil Contractors Association
Kern County Taxpayers Association
Krazan & Associates
Latin Business Association
Long Beach Area Chamber of Commerce
Los Angeles Area Chamber of Commerce
Los Angeles Latino Chamber of Commerce
Madera County Farm Bureau
Menifee Valley Chamber of Commerce
Milk Producers Council
MJ Tank Lines
Moreno Valley Chamber of Commerce
Murrieta Wildomar Chamber of Commerce
National Association of Royalty Owners, California Chapter
National Federation of Independent Business
Nisei Farmers League
North of the River Chamber of Commerce
Numeric Solutions, LLC
Orange County Business Council

Orange County Hispanic Chamber of Commerce
OST Truck and Crane
Perris Valley Chamber of Commerce
Pomona Chamber of Commerce
R & R Pumping Unit Repair & Service
Rancho Cucamonga Chamber of Commerce
Redondo Beach Chamber of Commerce
Robin Brassfield-Cooper
San Gabriel Valley Economic Partnership
San Joaquin County Farm Bureau
San Juan Chamber of Commerce
San Pedro Chamber of Commerce
Si Se Puede!
South Bay Association of Chambers of Commerce
Southwest California Legislative Council
Sustainable Ag and Energy (SAGE) Monterey
Taft Chamber of Commerce
The Business Federation (BizFed-Central Valley)
The Business Federation (BizFed-Los Angeles)
The Honorable Adam Adkisson, Councilmember, City of Coalinga
The Honorable Brian Pacheco, Supervisor, County of Fresno
The Honorable Buddy Mendes, Supervisor, County of Fresno
The Honorable Dennis Townsend, Supervisor, County of Tulare
The Honorable Doug Verboon, Supervisor, County of Kings
The Honorable Drew Bessinger, Councilmember, City of Clovis
The Honorable Garry Bredefeld, Councilmember, City of Fresno
The Honorable Jesus Mendoza, Mayor Pro Tem, City of Mendota
The Honorable Joe Neves, Supervisor, County of Kings
The Honorable Larry Micari, Supervisor, County of Tulare
The Honorable Luis Chavez, Councilmember, City of Fresno
The Honorable Mike Karbassi, Councilmember, City of Fresno
The Honorable Nathan Magsig, Supervisor, County of Fresno
The Honorable Oscar Rosales, Councilmember, City of Mendota
The Honorable Pete Vander Poel, Supervisor, County of Tulare
The Honorable Ray Singleton, Councilmember, City of Coalinga
The Honorable Richard Valle, Supervisor, County of Kings
The Honorable Robert Poythress, Supervisor, County of Madera
The Honorable Rolando Castro, Mayor, City of Mendota
The Honorable Ron Ramsey, Mayor, City of Coalinga
The Honorable Rudy Mendoza, Mayor, City of Woodlake
The Honorable Sal Quintero, Supervisor, County of Fresno

The Honorable Steve Brandau, Supervisor, County of Fresno
The Honorable Vong Mouanoutoua, Councilmember, City of Clovis
Torrance Area Chamber of Commerce
Tulare County Farm Bureau
U.S. Metals
Upland Chamber of Commerce
Valley Industry & Commerce Association
Ventura County Agricultural Association
Ventura County Coalition of Labor Agriculture and Business
Ventura County Taxpayers Association
West Ventura County Business Alliance
Western States Petroleum Association
Wilmington Chamber of Commerce

**ARGUMENTS IN SUPPORT:** According to the author, "Of the approximately five and a half million Californians who live within a mile of one or more oil and gas wells, one-third live in areas that are the most burdened by environmental pollution, and 92% of Californians living in these overburdened neighborhoods are people of color.  Moreover, this proximity brings disastrous health implications including, increased risk of asthma and other respiratory illnesses, pre-term births and high-risk pregnancies, and cancer. Given these disproportionate, cumulative impacts on communities of color and low-income communities, state action is long overdue –the time is now to limit exposure from toxic contaminates and protect our frontline communities, vulnerable populations, and families.

"SB 1137 will mandate a 3,200-foot health and safety buffer zone between new and reworked oil and gas wells and sensitive land uses, which include schools, childcare centers, community resource centers, residential homes and live-in housing, and hospitals. In addition, SB 1137 will require oil and gas facility operators in these protection zones to implement strict air and water pollution controls and to develop response plans to protect the health of over 2 million Californians currently living within 3,200 feet of an existing oil well.

"In 2015, the California Council on Science and Technology reviewed existing scientific studies and determined that, from a public health perspective, the most significant exposures to toxic air contaminants occur within one-half mile of a well, and recommended that the State of California develop science-backed setback requirements for wells to limit these exposures. While CalGEM's own public health researchers have determined that there is no safe distance from oil and gas wells for humans—3, 200 feet will avoid some of the worst exposure and harm to public health. Recent studies consistently demonstrate evidence of harm from pollutants and extraction consequences at distances less than 1 kilometer. SB

1137 takes a science based approach to protecting public health and follows other state jurisdictions that have already required setbacks requirements."

**ARGUMENTS IN OPPOSITION:** According to a joint sign-on letter in opposition, the Western States Petroleum Association (WSPA) and others write, "SB 1137 completely undermines the Governor's own three-year regulatory process, currently underway at the Geologic Energy Management Division (CalGEM), to enact rules for health and safety around oil and gas extraction facilities. […] The Governor and CalGEM have repeatedly said they want to rely on the best available science to determine any potential setback and ensured all stakeholders have had input into the process.

"An 11th hour bill, with no real input or debate, completely undermines the current regulatory and legislative process."

WSPA further argues that the bill "results in a significant loss of revenue and costs the state BILLIONS. […] According to an Assembly Appropriations Committee's analysis of a prior setback bill (AB 345 Muratsuchi, 2019), SB 1137 could cost up to $4 billion dollars [sic] in lost state and local revenue, as well as subject the state to significant legal liability under the takings clause of the U.S. Constitution. Regionally, the largest impact would be found in Los Angeles County, followed by Kern, Orange, and Ventura Counties."

They continue, "SB 1137 would lead to a loss of high wage, blue-collar jobs in California and hundreds of millions of dollars in lost revenue to state and local governments."

"This bill will simply result in increased imports from foreign sources who do not operate under the same environmental standards as producers in California. It will only lead to significantly higher transportation costs and an increase in greenhouse gasses and other emissions associated with bringing that oil into the state."


ASSEMBLY FLOOR:  46-24, 8/30/22
AYES:  Aguiar-Curry, Bauer-Kahan, Bennett, Berman, Bloom, Boerner Horvath, Mia Bonta, Bryan, Calderon, Carrillo, Cervantes, Mike Fong, Friedman, Gabriel, Cristina Garcia, Eduardo Garcia, Gipson, Haney, Holden, Jones-Sawyer, Kalra, Lee, Levine, McCarty, McKinnor, Medina, Mullin, Muratsuchi, Nazarian, Quirk, Quirk-Silva, Ramos, Reyes, Luz Rivas, Robert Rivas, Rodriguez, Santiago, Stone, Ting, Villapudua, Ward, Akilah Weber, Wicks, Wilson, Wood, Rendon

SB 1137
Page  14

NOES:  Bigelow, Chen, Choi, Cooley, Cooper, Cunningham, Megan Dahle,
  Davies, Flora, Fong, Gallagher, Gray, Kiley, Lackey, Mathis, Nguyen,
  O'Donnell, Patterson, Salas, Seyarto, Smith, Valladares, Voepel, Waldron
NO VOTE RECORDED:  Alvarez, Arambula, Daly, Grayson, Irwin, Low,
  Maienschein, Mayes, Petrie-Norris, Blanca Rubio


Prepared by:   Katharine Moore / N.R. & W. / (916) 651-4116
8/30/22 23:41:56

**\*\*\*\*  END  \*\*\*\***

**EXHIBIT B**

Date of Hearing:  August 29, 2022

ASSEMBLY COMMITTEE ON NATURAL RESOURCES
Luz Rivas, Chair
SB 1137 (Gonzalez) – As Amended August 27, 2022

**SENATE VOTE**:  Not relevant.

**SUBJECT**:  Oil and gas: operations: location restrictions: notice of intention: health protection zone: sensitive receptors.

**SUMMARY:**  Prohibits the Geologic Energy Management Division (CalGEM) from approving any notice of intention (NOI) within a health protection zone, as defined, except for under specified circumstances. Requires all oil or gas production facilities or wells with a wellhead within a health protection zone to comply with health, safety, and environmental requirements, as provided, and comply with specified community communication and water sampling requirements.

**EXISTING LAW**:

1)  Establishes CalGEM in the Department of Conservation, under the direction of the State Oil and Gas Supervisor (Supervisor), who is required to supervise the drilling, operation, maintenance, and abandonment of oil and gas wells in the state and the operation, maintenance, and removal or abandonment of tanks and facilities related to oil and gas production within an oil and gas field, so as to prevent damage to life, health, property, and natural resources.

2)  Requires the operator of a well to file a written NOI to commence drilling with, and prohibits any drilling until approval is given by, the Supervisor or district deputy.

3)  Authorizes the Supervisor to require other pertinent information to supplement the NOI.

4)  Requires the owner of any well to file with the supervisor a monthly statement that provides information relating to the well, as provided. Requires an operator proposing to perform a well stimulation treatment to apply to the Supervisor or district deputy for a permit to perform the well stimulation treatment and imposes other requirements and conditions on the use of well stimulation treatments.

5)  Establishes the Air Resources Board (ARB) to coordinate efforts to attain and maintain ambient air quality standards, among other responsibilities.

6)  Establishes the State Water Resources Control Board (State Water Board) to develop statewide water protection plans, establish water quality standards, and guide the nine Regional Water Quality Control Boards (regional water board) located in the major watersheds of the state, among other responsibilities.

**THIS BILL:**

1) Defines "health protection zone" as the area within 3,200 feet of a sensitive receptor. Defines "sensitive receptor" as a residence, education resource, community resource, health care facility, dormitory, or any building open to the public.

2) Prohibits, commencing January 1, 2023, CalGEM from approving a NOI within a health protection zone, except NOIs necessary for any of the following:

   a) To prevent or respond to a threat to public health, safety, or the environment.

   b) To comply with a court order finding that denying approval would amount to a taking of property, or a court order otherwise requiring approval of a NOI.

   c) To plug and abandon or reabandon a well, including an intercept well necessary to plug and abandon or reabandon a well.

3) Requires an operator of an oil or gas well who submits a NOI to submit a sensitive receptor inventory map of the area within the 3,200-foot radius of the wellhead or proposed wellhead locations. Requires the map to be submitted in compliance with the American Disabilities Act.

4) Requires an operator, if a NOI is approved, to provide an individual indemnity bond to cover full costs of properly plugging and abandoning the operator's well or wells, and decommissioning any attendant production facilities in the health protection zone.

5) Exempts underground gas storage wells and attendant production facilities from the bill's requirements.

6) Finds and declares that development of oil and gas fields into nonfossil fuel production and injection and related uses, including, but not limited to, housing, recreation, and commercial development, may have plugged and abandoned wells or may require existing oil and gas wells to be plugged and abandoned, or replugged and abandoned, to current statutory and regulatory standards, and that the creation of health protection zones, and the related restrictions and requirements of this article, do not apply in the context of development for nonfossil fuel production and injection and related uses.

7) Authorizes CalGEM to approved a NOI to public and private entities who own, purchase, or lease land containing idle-deserted or previously plugged and abandoned wells for the purposes of those public and private entities plugging and abandoning, or replugging and abandoning, those oil and gas wells so development of nonfossil fuel production and injection and related uses can proceed.

8) Requires, commencing January 1, 2025, all oil or gas production facilities with a wellhead in a health protection zone to meet the following: compliance with local, state and federal permit requirements; requirements to post contact information to receive complaints; limits on sound levels; limits on light generation; dust prevention measures; vehicle speed limits; ceased use of all facilities and equipment if in noncompliance with air district requirements; and, submission to CalGEM of chemical analysis for produced water.

9) Requires all operators with a production facility or well with a wellhead in a health protection zone to develop a leak detection for target chemical constituents and detailed response plan by specified dates. Establishes requirements for the leak detection and response plan.

10) Requires ARB and the State Water Board to adopt regulations to implement and set performance standards for the emissions detection system. Authorizes CalGEM, ARB, and the State Water Board to adopt such regulations under an emergency rulemaking process.

11) Requires CalGEM to hold at least three public workshops to inform operators and the public about leak detection systems and response plans.

12) Requires, commencing July 1, 2023, and every six months thereafter, the Supervisor to report to the Legislature on the leak detection and response plans.

13) Requires an operator to contact property owners and tenants within a health protection zone with a record of delivery and offer to sample and test water wells or surface water on their property before drilling. Specifies the process for conducting sampling and reporting to CalGEM. Requires water quality sampling data to be submitted to the State Water Board and appropriate regional water board.

14) Requires, by July 1, 2023, every operator to submit to CalGEM a sensitive receptor inventory and map that includes a list of sensitive receptors in the health protection zone, among other information. Requires CalGEM to review at least 30% of the inventories and maps annually for accuracy and make them available to the public.

15) Requires, commencing January 1, 2027, and annually thereafter, an operator to report specified information to CalGEM.

16) Requires, on or before July 1, 2027, CalGEM to report to the Legislature on the implementation of health protection zones.

17) Provides CalGEM, ARB, and the State Air Resources Board with emergency regulatory authority.

18) Requires, by June 1, 2023, ARB, relevant local air districts, the State Water Board, and relevant local water quality control boards to enter into and execute memoranda of understanding (MOU) with CalGEM to clearly delineate respective responsibilities for implementing and enforcing health protection zones.

**FISCAL EFFECT**:  Unknown.

**COMMENTS**:

1) **Need for the bill**. According to the author,

   Of the approximately five and a half million Californians who live within a mile of one or more oil and gas wells, one-third live in areas that are the most burdened by environmental pollution, and 92% of Californians living in these overburdened neighborhoods are people of color.  Moreover, this proximity brings disastrous health implications including, increased risk of asthma and other respiratory

illnesses, pre-term births and high-risk pregnancies, and cancer. Given these disproportionate, cumulative impacts on communities of color and low-income communities, state action is long overdue –the time is now to limit exposure from toxic contaminates and protect our frontline communities, vulnerable populations, and families.

SB 1137 will mandate a 3,200-foot health and safety buffer zone between new and reworked oil and gas wells and sensitive land uses, which include schools, childcare centers, community resource centers, residential homes and live-in housing, and hospitals. In addition, SB 1137 will require oil and gas facility operators in these protection zones to implement strict air and water pollution controls and to develop response plans to protect the health of over 2 million Californians currently living within 3,200 feet of an existing oil well.

In 2015, the California Council on Science and Technology reviewed existing scientific studies and determined that, from a public health perspective, the most significant exposures to toxic air contaminants occur within one-half mile of a well, and recommended that the State of California develop science-backed setback requirements for wells to limit these exposures. While CalGEM's own public health researchers have determined that there is no safe distance from oil and gas wells for humans—3, 200 feet will avoid some of the worst exposure and harm to public health. Recent studies consistently demonstrate evidence of harm from pollutants and extraction consequences at distances less than 1 kilometer. SB 1137 takes a science based approach to protecting public health and follows other state jurisdictions that have already required setbacks requirements.

2) **California oil and gas permits**. Approvals for drilling operations in California are a two-step process. An oil and gas operator must secure approval from local authorities, and then must apply to CalGEM for permits before constructing or operating a new well or modifying an existing one. CalGEM approves permits for the following: well abandonment (to permanently cease production); re-abandonment (to re-plug and abandon a well); rework (well repair); well deepening (to extend the length of an existing well); new drill (a new well); and, sidetrack (cement a portion of the original well path and re-drill). Well permits are good indefinitely, unless the operations have not commenced within 24 months of receipt of the NOI, in which case the notice is canceled.

3) **Environmental justice**. Proximity to oil and gas extraction sites poses known significant health risks due to increased air pollution and threats to drinking water quality. Hazardous air pollutants that are known to be emitted from oil and gas development sites include benzene, toluene, ethylbenzene, xylenes, hexane and formaldehyde – many of which are known, probable, or possible carcinogens and/or teratogens and which have other adverse health effects.

The California Oil and Gas Public Health Rulemaking Scientific Advisory Panel (Panel), an advisory body to CalGEM, has noted that close proximity to oil and gas development causes significant adverse health effects, including poor birth outcomes, asthma, and reduced lung function. The millions of Californians living their daily lives—residing, going to work, and attending school—near active wells or other oil and gas production infrastructure experience

higher concentrations of "health-damaging air pollutants" and "measurably higher" exposure to noise and vibration.

These impacts are disproportionately impacting Black, indigenous, and people of color in California, who are most likely to live in close proximity to oil extraction activities and who are the most vulnerable to the negative impacts of climate change. A growing body of research shows direct health impacts from oil extraction as far as two kilometers away from a well.

SB 1137 prohibits NOIs for most new oil and gas wells being drilled in setback zones ("health protection zones") – areas within 3,200 feet of a sensitive receptor, except to plug-and-abandon a well; in an emergency; or, if a court finds that a well be drilled to in order to prevent a property taking. The bill would prohibit the approval of an NOI to either drill a new well or rework an existing well where the well casing would be altered. Any new wells authorized to be drilled in the setback zone would have to provide an individual indemnity bond to CalGEM.

4) **CalGEM regulations.** In early 2020, CalGEM initiated a process to update public health and safety protections for communities near oil and gas production operations. This process began in response to a November 2019 directive by Governor Gavin Newsom and resulted in the release of the Draft Rule for Protection of Communities and Workers from Health and Safety Impacts from Oil and Gas Production Operations (Draft Rule) last October. The Draft Rule proposes establishing a 3,200-foot setback requirement from sensitive receptors (defined as homes, schools, daycares, medical centers, health care facilities, and businesses open to the public) for new NOIs.

On February 1 of this year, a group of legislators sent a letter to CalGEM asserting the Draft Rule should go farther to protect low-income communities and communities of color throughout the state who will continue to experience worsened health outcomes and will be the first to face worsened environmental impacts because of continued oil and gas extraction. SB 1137 proposes both setbacks and engineering controls that go farther than what the Draft Rule proposes.

The primary differences between the Draft Rule and this bill are:

1) *Timing for implementation*. The public comment period for the Draft Rule closed last December, and now CalGEM needs to review comments, target stakeholder outreach, finalize regulation text, and then complete the Standardizes Regulatory Impact Assessment (economic analysis) for the Draft Rule. The formal rulemaking process will only begin when the complete regulatory package is submitted to the Office of Administrative Law. Therefore, the regulations will take an indeterminate amount of time to become operational. This bill, however, would go into effect January 1, 2023, thereby effectuating the proposed changes far sooner.

2) *Scope of the NOI ban*. The Draft Rule would prohibit NOIs for new wells. SB 1137 would prohibit approvals for new wells and rework permits for existing wells. Because oil wells generally have a limited productive lifespan prior to the need for reworking, a ban on rework permits will serve to start phasing out existing wells as soon as the new

law goes into effect in January 2023. The scope of the bill is much more aggressive in protecting communities surrounding oil and gas facilities.

It is important to note that, should SB 1137 be enacted, there is nothing in the bill that inhibits or precludes CalGEM from pursuing their public health rulemaking or taking more assertive measures in the proposed regulations.

5) **Informing residents and public access**. CalGEM has a map application, Well Finder, which the public can access to determine if there is a well on one's property.

This bill would require operators, starting July 1, 2023, to provide a list and map of sensitive receptors within 3,200 feet of any of their wells and production facilities in a health protection zone and update the list and map annually. CalGEM would be required to review at least 30% of the inventories and maps annually, and make them all available to the public online.

Each operator will also be required to clearly post contact information for how to address complaints about noise, odor, and other concerns on the perimeter of the wellhead site in the health protection zone.

6) **Emissions leak detection**. Oil and gas wells emit air pollutants that can be toxic to public health. Scientists have observed higher concentrations of particulate matter (PM) 2.5, carbon monoxide, nitrous oxide, and ozone within two miles of pre-production wells (wells that have not been completed for production), and found increased PM2.5, nitrous oxide, and volatile organic compound emissions within 0.6 miles of the active well production sites, and higher ozone concentrations between 0.6 and 1.2 miles from active wells.

This bill would require all operators of oil or gas wells to develop a continuously operating emissions leak detection and response plan for their wells and attendance production facilities in the health protection zones by dates specified. The emissions leak detection system would be required to identify target chemical constituents, including methane and hydrogen sulfide, and other potential toxins of highest concerns identified by ARB and local air district and meet performance standards set by ARB. The leak detection system is required to include an alarm system for leaks so operators can identify and immediately repair the leak as well as an alarm response protocol in compliance with applicable hazardous material requirements.

If the source of the emissions is a leak from a well or production facility, the bill requires the operator to suspend use of the well or production facility until the leak has been corrected and CalGEM has approved the resumption of its use.

7) **Water testing.** Produced water is water trapped in underground formations that is brought to the surface along with oil or gas during traditional oil and gas exploration and production. Produced water often contains toxic chemicals from well treatments or injections, as well as naturally occurring contaminants, such as salts, heavy metals, toxic hydrocarbon-associated chemicals and sometimes radioactive materials.

SB 1137 would require an operator of an oil or gas well to do chemical analyses for all produced water transported from the oil field where it was produced, and would require the

operator to contact property owners and tenants within a health protection zone with a record of delivery and offer to sample and test water wells or surface water on their property before drilling and specifies process for conducting sampling. The water quality sampling data from that water quality testing would be reported to the State Water Board and appropriate regional water board, and data from follow-up testing 120-days after drilling would be provided the state and regional water board and any tenant that requests them.

8) **Enforcement.** CalGEM has authority over oil and gas well regulation, but much of this proposal straddles the authorities of other local and state agencies as it relates to permitting, water quality, and air quality enforcement.

The ARB and State Water Board would have emergency regulatory authority with CalGEM over the air and water-related provisions, respectively.

SB 1137 would require CalGEM to sign MOUs with the State Water Board, regional water boards, the ARB, local air boards, and local jurisdictions to clarify, in writing, each entity's jurisdiction over the implementation and enforcement of this bill.

In addition, this proposal ensures robust legislative oversight; the Supervisor would be required to report to the Legislature every six months on the development, approval, and implementation of the leak detection systems, and CalGEM would be required to report annually, starting January 1, 2027, to the Legislature on the numbers and types of wells and attendant facilities in health protection zones, the population protected by health protection zones, the number and type of NOIs approved in health protection zones, and the number of violations, among other sources of information.

**REGISTERED SUPPORT / OPPOSITION**:

**Support**

350 Conejo
350 Humboldt
350 Sacramento
350 Silicon Valley
350 Southland Legislative Alliance
350 Ventura County Climate Hub
5 Gyres Institute
Active San Gabriel Valley
Alliance of Nurses for Healthy Environments
Azul
Better World Group; the
Black Women for Wellness
California Against Waste
California Climate Voters
California Communities Against Toxics
California Environmental Voters (formerly Clcv)
California Federation of Teachers
California Religious Action Center of Reform Judaism
California Safe Schools

Californians Against Waste
Calpirg, California Public Interest Research Group
Carbon Cycle Institute
Ceja Action
Center for Biological Diversity
Center on Race, Poverty and The Environment
Central California Environmental Justice Network
Central Valley Air Quality Coalition
Citizens Climate Lobby West LA Chapter
Clean Water Action
Climate First: Replacing Oil & Gas (CFROG)
Climate Health Now
Climate Reality Project Bay Area Chapter
Climate Reality Project, San Fernando Valley
Climate Tzedek - Congregation Netivot Shalom
Coalition for A California Green New Deal
Coalition for Clean Air
Coare
Communities for A Better Environment
Community Water Center
Conejo Climate Coalition
Courage California
Dayenu Circle At the Orchard
Dayenu Circle of Jewish Silicon Valley
Dayenu of Jewish Silicon Valley
Dayenu: a Jewish Call to Climate Action
Earthjustice
Ecology Center
Elders Climate Action Norcal Chapter
Elders Climate Action Socal Chapter
Environment California
Environmental Defense Fund
Environmental Working Group
Fierce Courage Consulting
Food & Water Watch
Fossil Free California
Fractracker Alliance
Friends Committee on Legislation of California
Glendale Environmental Coalition
Greenpeace USA
Heal the Bay
Indivisible Sacramento
Indivisible Ventura
Kitchen Sf
Leadership Council for Justice and Accountability
Let's Green Ca!
Liberty Hill Foundation
Local Clean Energy Alliance
Long Beach Alliance for Clean Energy

Mothers Out Front Silicon Valley
Napa Climate Now
Nextgen California
Northern California Recycling Association
Nrdc
Oil & Gas Action Network
Orange County Environmental Justice
Pacific Environment
Pacoima Beautiful
Peninsula Interfaith Climate Action
Peninsula Temple Beth El
Physicians for Social Responsibility - Los Angeles
Physicians for Social Responsibility - Sacramento Chapter
Physicians for Social Responsibility - San Francisco Bay Area Chapter
Physicians for Social Responsibility, Los Angeles
Physicians for Social Responsibility/Sacramento
Planning and Conservation League
Plastic Oceans International
Plastic Pollution Coalition
Protect Playa Now!
Richmond Our Power Coalition
Rincon-vitova Insectaries
San Diego 350
Santa Barbara County Action Network
Save Our Shores
Save the Albatross Coalition
Seventh Generation Advisors
Sierra Club California
So Cal 350 Climate Action
Stand.earth
Strategic Concepts in Organizing and Policy Education
Sunflower Alliance
Sunrise Bay Area
Sunrise Los Angeles Youth
Surfrider Foundation
Temple Beth El, Aptos, CA
The Climate Center
The Greenlining Institute
The Nature Conservancy
Transformative Wealth Management LLC
Upstream
Voices for Progress
Voices in Solidarity Against Oil in Neighborhoods (VISION)
Wishtoyo Chumash Foundation
Zero Waste USA

**Opposition**

California State Association of Electrical Workers

California State Pipe Trades Council

**Analysis Prepared by**: Paige Brokaw / NAT. RES. /

**EXHIBIT C**



# An Independent Scientific Assessment of Well Stimulation in California

# Executive Summary

## An Examination of Hydraulic Fracturing and Acid Stimulations in the Oil and Gas Industry

## July 2015

CCST
CALIFORNIA COUNCIL ON
SCIENCE & TECHNOLOGY

BERKELEY LAB

Lawrence Berkeley
National Laboratory

# An Independent Scientific Assessment of Well Stimulation in California

## Executive Summary

## An Examination of Hydraulic Fracturing and Acid Stimulations in the Oil and Gas Industry

*Jane C. S. Long, PhD; California Council on Science and Technology*
*Steering Committee Chairman and Science Lead*

*Jens T. Birkholzer, PhD; Lawrence Berkeley National Laboratory Principal Investigator*

*Laura C. Feinstein, PhD; California Council on Science and Technology Project Manager*

**Members of the Steering Committee**
*Roger Aines, PhD; Lawrence Livermore National Laboratory*
*Brian L. Cypher, PhD; California State University, Stanislaus*
*James Dieterich, PhD; University of California, Riverside*
*Don Gautier, PhD; DonGautier L.L.C.*
*Peter Gleick, PhD; Pacific Institute*
*Dan Hill, PhD; Texas A&M University*
*Amy Myers Jaffe; University of California, Davis*
*Larry Lake, PhD; University of Texas, Austin*
*Thomas E. McKone, PhD; Lawrence Berkeley National Laboratory*
*William Minner, PE; Minner Engineering, Inc.*
*Seth B.C. Shonkoff, PhD, MPH; PSE Healthy Energy*
*Daniel Tormey, PhD; Ramboll Environ Corporation*
*Samuel Traina, PhD; University of California, Merced*

**Report Lead Authors**
*Jens T. Birkholzer, Lawrence Berkeley National Laboratory*
*Adam Brandt , Stanford University*
*Patrick F. Dobson , Lawrence Berkeley National Laboratory*
*Laura C. Feinstein , California Council On Science And Technology*
*William Foxall , Lawrence Berkeley National Laboratory*
*Donald L. Gautier , DonGautier L.L.C.*
*James E. Houseworth , Lawrence Berkeley National Laboratory*
*Preston D. Jordan , Lawrence Berkeley National Laboratory*
*Jane C. S. Long, California Council On Science And Technology*
*William T. Stringfellow, Lawrence Berkeley National Laboratory*
*Thomas E. McKone, Lawrence Berkeley National Laboratory*
*Seth B. C. Shonkoff, PSE Healthy Energy*

*July 2015*

**Acknowledgments**

This report has been prepared for the California Council on Science and Technology (CCST) with funding from the California Natural Resources Agency.

**Copyright**

Copyright 2015 by the California Council on Science and Technology
ISBN Number: 978-1-930117-68-6
An Independent Scientific Assessment of Well Stimulation in California:
Executive Summary. An Examination of Hydraulic Fracturing and Acid Stimulations
in the Oil and Gas Industry.

**About CCST**

CCST is a non-profit organization established in 1988 at the request of the California State Government and sponsored by the major public and private postsecondary institutions of California and affiliate federal laboratories in conjunction with leading private-sector firms. CCST's mission is to improve science and technology policy and application in California by proposing programs, conducting analyses, and recommending public policies and initiatives that will maintain California's technological leadership and a vigorous economy.

**Note**

Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the views of the organizations or agencies that provided support for the project.

For questions or comments on this publication contact:

**California Council on Science and Technology**
1130 K Street, Suite 280
Sacramento, CA 95814
916-492-0996
ccst@ccst.us
www.ccst.us

Layout by a Graphic Advantage! 3901 Carter Street #2, Riverside, CA 92501
www.agraphicadvantage.com

In 2013, the California Legislature passed Senate Bill 4 (SB 4), setting the framework for regulation of hydraulic fracturing and acid stimulation technologies in California. SB 4 also requires the California Natural Resources Agency to conduct an independent scientific study to assess current and potential future well stimulation practices, including the likelihood that these technologies could enable extensive new petroleum production in the state; the impacts of well stimulation technologies (including hydraulic fracturing, acid fracturing and matrix acidizing) and the gaps in data that preclude this understanding; potential risks associated with current practices; and alternative practices that might limit these risks.

The California Council on Science and Technology (CCST) organized and led the study. Members of the CCST steering committee were appointed based on technical expertise and a balance of technical viewpoints. Lawrence Berkeley National Laboratory (LBNL) and subcontractors (the science team) developed the findings based on original technical data analyses and a review of the relevant literature. The science team studied each of the issues required by SB 4, and the science team and the steering committee collaborated to develop a series of conclusions and recommendations. Final responsibility for the conclusions and recommendations in this report lies with the steering committee. All steering committee members have agreed with these conclusions and recommendations. Any steering committee member could have written a dissenting opinion, but no one requested to do so.

This report has undergone extensive peer review; peer reviewers are listed in Appendix E of the Summary Report, "Expert Oversight and Review." Eighteen reviewers were chosen for their relevant technical expertise. More than 1,500 anonymous review comments were provided to the authors. The authors revised the report in response to peer review comments. In cases where the authors disagreed with the reviewer, the response to review included their reasons for disagreement. Report monitors, appointed by CCST, then reviewed the response to the review comments and when satisfied, approved the report.

To create a hydraulic fracture, an operator increases the pressure of a mixture of water and chemicals in an isolated section of a well until the surrounding rock breaks, or "fractures." Sand injected into these fractures props them open after the pressure is released. Acid fracturing, in which a high-pressure acidic fluid fractures the rock and etches the walls of the fractures, is hardly used in California and not discussed further. Matrix acidizing does not fracture the rock; instead, acid pumped into the well at relatively low pressure dissolves some of the rock and makes it more permeable. This study identified seven equally important major principles required for safe hydraulic fracturing and acid stimulation in California. Organized by principle, we draw conclusions and recommendations.

**Principle 1. Maintain, expand and analyze data on the practice of hydraulic fracturing and acid stimulation in California.**

Public records provide substantial information about the location, frequency of use, and water and chemical use for hydraulic fracturing and acid stimulation in California.

**Conclusion 1.1. Most well stimulations in California are hydraulic fracturing and most hydraulic fracturing occurs in the San Joaquin Valley.**

About 95% of reported hydraulic fracturing operations in California occur in the San Joaquin Basin, nearly all in four oil fields in Kern County. Over the last decade, about 20% of oil and gas production in California came from wells treated with hydraulic fracturing. Hydraulic fracturing accounts for about 90% of all well stimulations in California; matrix acidizing accounts for only 10%; and acid fracturing operations nearly none. Operators in California commonly use acid for well maintenance, but acid stimulation will not likely lead to major increases in oil and gas production due to the state's geology. Operators of dry (non-associated) gas wells located in Northern California rarely use hydraulic fracturing (Volume I, Chapter 3).

**Conclusion 1.2. The California experience with hydraulic fracturing differs from that in other states.**

Present-day hydraulic fracturing practice and geologic conditions in California differ from those in other states, and as such, recent experiences with hydraulic fracturing in other states do not necessarily apply to current hydraulic fracturing in California (Volume I, Chapters 2 and 3).

**Conclusion 1.3. Hydraulic fracturing in California does not use a lot of fresh water compared to other states and other human uses.**

Operators in California use about 800 acre-feet (about a million cubic meters [$m^3$]) of water per year for hydraulic fracturing. This does not represent a large amount of freshwater compared to other human water use, so recycling this water has only modest benefits. However, hydraulic fracturing takes place in relatively water-scarce regions. Where production was enabled by hydraulic fracturing, at least twice and possibly fourteen times as much fresh water was used for subsequent enhanced oil recovery using water or steam flooding than all the water used for hydraulic fracturing throughout the state. The state has recently begun requiring detailed reporting of water use and produced water disposal in California's oil and gas fields under Senate Bill 1281 (SB 1281). In the future, these data could help optimize oil and gas water practices, including water use, production, reuse, and disposal.

**Recommendation 1.1. Identify opportunities for water conservation and reuse in the oil and gas industry.**

*When roughly a year of water data becomes available from implementation of SB 1281, the state should begin an early assessment of these data to evaluate water sources, water production, reuse, and disposal for the entire oil and gas industry. Early assessment will shed light on the adequacy of the data reporting requirements and identify additional requirements that could include additional information about the quality of the water used and produced. When several years of data become available, a full assessment should identify opportunities to reduce freshwater consumption or increase the beneficial use of produced water, and regularly update opportunities for water efficiency and conservation (Volume I, Chapter 3).*

**Conclusion 1.4. A small number of offshore wells use hydraulic fracturing.**

California operators currently use hydraulic fracturing in a small portion of offshore wells, and we expect hydraulic fracturing to remain incidental in the offshore environment. Policies currently restrict oil and gas production offshore, but if these were to change in the future, production could largely occur without well stimulation technology for the foreseeable future (Volume III, Chapter 2 [Offshore Case Study]).

**Conclusion 1.5. Record keeping for hydraulic fracturing and acid stimulation in federal waters does not meet state standards.**

Current record-keeping practice on stimulations in federal waters (from platforms more than three nautical miles offshore) does not meet the standards set by the pending SB 4 well treatment regulations and does not allow an assessment of the level of activity or composition of hydraulic fracturing chemicals being discharged in the ocean. The National Pollutant Discharge Elimination System permits that regulate discharge from offshore platforms do not effectively address hydraulic fracturing fluids. The limited publicly available records disclose only a few stimulations per year.

**Recommendation 1.2. Improve reporting of hydraulic fracturing and acid stimulation data in federal waters.**

*The state of California should request that the federal government improve data collection and record keeping concerning well stimulation conducted in federal waters to at least match the requirements of SB 4. The U.S. Environmental Protection Agency should conduct an assessment of ocean discharge and, based on these results, consider if alternatives to ocean disposal for well stimulation fluid returns are necessary (Volume III, Chapter 2 [Offshore Case Study]).*

**Principle 2. Prepare for potential future changes in hydraulic fracturing and acid stimulation practice in California.**

**Conclusion 2.1. Future use of hydraulic fracturing in California will likely resemble current use.**

Future use of hydraulic fracturing will most likely expand production in and near existing oil fields in the San Joaquin Basin that currently require hydraulic fracturing. Oil resource assessment and future use of hydraulic fracturing and acid stimulation in the Monterey Formation of California remain uncertain. In 2011, the U.S. Energy Information Administration (EIA) estimated that 15 billion barrels (2.4 billion m³) of recoverable shale-oil resources existed in Monterey source rock. This caused concern about the potential environmental impacts of widespread shale-oil development in California using hydraulic fracturing. In 2014 the EIA downgraded the 2011 estimate by 96%. This study reviewed both EIA estimates and concluded that neither one can be considered reliable. Any potential for production in the Monterey Formation would be confined to those parts of the formation in the "oil window," that is, where Monterey Formation rocks have experienced the temperatures and pressures required to form oil. The surface footprint of this subset of the Monterey Formation expands existing regions of oil and gas production rather than opening up entirely new oil and gas producing regions.

> **Recommendation 2.1. Assess the oil resource potential of the Monterey Formation.**
>
> *The state should request a comprehensive, science-based and peer-reviewed assessment of source-rock ("shale") oil resources in California and the technologies that might be used to produce them. The state could request such an assessment from the U.S. Geological Survey, for example.*

> **Recommendation 2.2. Keep track of exploration in the Monterey Formation.**
>
> *As expansive production in the Monterey Formation remains possible, Division of Oil, Gas, and Geothermal Resources (DOGGR) should track well permits for future drilling in the "oil window" of the Monterey source rocks (and other extensive source rocks, such as the Kreyenhagen) and be able to report increased activity (Volume I, Chapter 4; Volume III, Chapter 3 [Monterey Formation Case Study]).*

**Principle 3. Account for and manage both direct and indirect impacts of hydraulic fracturing and acid stimulation.**

Hydraulic fracturing or acid stimulation can cause direct impacts. Potential direct impacts might include a hydraulic fracture extending into protected groundwater, accidental spills of fluids containing hydraulic fracturing chemicals or acid, or inappropriate disposal or reuse of produced water containing hydraulic fracturing chemicals. These direct impacts

do not occur in oil and gas production unless hydraulic fracturing or acid stimulation has occurred. This study covers potential direct impacts of hydraulic fracturing or acid stimulation.

Hydraulic fracturing or acid stimulation can also incur indirect impacts, i.e., those not directly attributable to the activity itself. Some reservoirs require hydraulic fracturing for economic production. All activities associated with oil and gas production enabled by hydraulic fracturing or acid stimulation can bring about indirect impacts. Indirect impacts of hydraulic-fracturing-enabled oil and gas development usually occur in all oil and gas development, whether or not the wells are stimulated.

**Conclusion 3.1. Direct impacts of hydraulic fracturing appear small but have not been investigated.**

Available evidence indicates that impacts caused directly by hydraulic fracturing or acid stimulation or by activities directly supporting these operations appear smaller than the indirect impacts associated with hydraulic-fracturing-enabled oil and gas development, or limited data precludes adequate assessment of these impacts. Good management and mitigation measures can address the vast majority of potential direct impacts of well stimulation.

> **Recommendation 3.1. Assess adequacy of regulations to control direct impacts of hydraulic fracturing and acid stimulations.**
>
> *Over the next several years, relevant agencies should assess the adequacy and effectiveness of existing and pending regulations to mitigate direct impacts of hydraulic fracturing and acid stimulations.*

**Conclusion 3.2. Operators have unrestricted use of many hazardous and uncharacterized chemicals in hydraulic fracturing.**

The California oil and gas industry uses a large number of hazardous chemicals during hydraulic fracturing and acid treatments. The use of these chemicals underlies all significant potential direct impacts of well stimulation in California. This assessment did not find recorded negative impacts from hydraulic fracturing chemical use in California, but no agency has systematically investigated possible impacts. A few classes of chemicals used in hydraulic fracturing (e.g. biocides, quaternary ammonium compounds, etc.) present larger hazards because of their relatively high toxicity, frequent use, or use in large amounts. The environmental characteristics of many chemicals remain unknown. We lack information to determine if these chemicals would present a threat to human health or the environment if released to groundwater or other environmental media. Application of green chemistry principles, including reduction of hazardous chemical use and substitution of less hazardous chemicals, would reduce potential risk to the environment or human health.

**Recommendation 3.2. Limit the use of hazardous and poorly understood chemicals.**

*Operators should report the unique Chemical Abstracts Service Registry Number (CASRN) identification for all chemicals used in hydraulic fracturing and acid stimulation, and the use of chemicals with unknown environmental profiles should be disallowed. The overall number of different chemicals should be reduced, and the use of more hazardous chemicals and chemicals with poor environmental profiles should be reduced, avoided, or disallowed. The chemicals used in hydraulic fracturing could be limited to those on an approved list that would consist only of those chemicals with known and acceptable environmental hazard profiles. Operators should apply green chemistry principles to the formulation of hydraulic fracturing fluids, particularly for biocides, surfactants, and quaternary ammonium compounds, which have widely differing potential for environmental harm. Relevant state agencies, including DOGGR, should as soon as practical engage in discussion of technical issues involved in restricting chemical use with a group representing environmental and health scientists and industry practitioners, either through existing roundtable discussions or independently (Volume II, Chapters 2 and 6).*

**Conclusion 3.3. The majority of impacts associated with hydraulic fracturing are caused by the indirect impacts of oil and gas production enabled by the hydraulic fracturing.**

Impacts caused by additional oil and gas development enabled by well stimulation (i.e. indirect impacts) account for the majority of environmental impacts associated with hydraulic fracturing. A corollary of this conclusion is that all oil and gas development causes similar impacts whether the oil is produced with well stimulation or not. As hydraulic fracturing enables only 20-25% of production in California, only about 20-25% of any given indirect impact is likely attributable to hydraulically fractured reservoirs.

**Recommendation 3.3. Evaluate impacts of production for all oil and gas development, rather than just the portion of production enabled by well stimulation.**

*Concern about hydraulic fracturing might cause focus on impacts associated with production from fractured wells, but concern about these indirect impacts should lead to study of all types of oil and gas production, not just production enabled by hydraulic fracturing. Agencies with jurisdiction should evaluate impacts of concern for all oil and gas development, rather than just the portion of development enabled by well stimulation. As appropriate, many of the rules and regulations aimed at mitigating indirect impacts of hydraulic fracturing and acid stimulation should also be applied to all oil and gas wells (Volume II, Chapters 5 and 6).*

**Conclusion 3.4. Oil and gas development causes habitat loss and fragmentation.**

Any oil and gas development, including that enabled by hydraulic fracturing, can cause habitat loss and fragmentation. The location of hydraulic-fracturing-enabled development coincides with ecologically sensitive areas in the Kern and Ventura Counties.

> **Recommendation 3.4. Minimize habitat loss and fragmentation in oil and gas producing regions.**
>
> *Enact regional plans to conserve essential habitat and dispersal corridors for native species in Kern and Ventura Counties. The plans should identify top-priority habitat and restrict development in these regions. The plan should also define and require those practices, such as clustering multiple wells on a pad and using centralized networks of roads and pipes, which will minimize future surface disturbances. A program to set aside compensatory habitat in reserve areas when oil and gas development causes habitat loss and fragmentation should be developed and implemented (Volume II, Chapter 5; Volume III, Chapter 5 [San Joaquin Basin Case Study]).*

**Principle 4. Manage water produced from hydraulically fractured or acid stimulated wells appropriately.**

Large volumes of water of various salinities and qualities get produced along with the oil. Oil reservoirs tend to yield increasing quantities of water over time, and most of California's oil reservoirs have been in production for several decades to over a century. For 2013, more than 3 billion barrels (.48 billion m$^3$) of water came along with some 0.2 billion barrels (.032 billion m$^3$) of oil in California. Operators re-inject some produced water back into the oil and gas reservoirs to help recover more petroleum and mitigate land subsidence. In other cases, farmers use this water for irrigation; often blending treated produced water with higher-quality water to reduce salinity.

**Conclusion 4.1. Produced water disposed of in percolation pits could contain hydraulic fracturing chemicals.**

Based on publicly available data, operators disposed of some produced water from stimulated wells in Kern County in percolation pits. The effluent has not been tested to determine if there is a measureable concentration of hydraulic fracturing chemical constituents. If these chemicals were present, the potential impacts to groundwater, human health, wildlife, and vegetation would be extremely difficult to predict, because there are so many possible chemicals, and the environmental profiles of many of them are unmeasured.

**Recommendation 4.1. Ensure safe disposal of produced water in percolation pits with appropriate testing and treatment or phase out this practice.**

*Agencies with jurisdiction should promptly ensure through appropriate testing that the water discharged into percolation pits does not contain hazardous amounts of chemicals related to hydraulic fracturing as well as other phases of oil and gas development. If the presence of hazardous concentrations of chemicals cannot be ruled out, they should phase out the practice of discharging produced water into percolation pits. Agencies should investigate any legacy effects of discharging produced waters into percolation pits including the potential effects of stimulation fluids (Volume II, Chapter 2; Volume III, Chapters 4 and 5 [Los Angeles Basin and San Joaquin Basin Case Studies]).*

**Conclusion 4.2. The chemistry of produced water from hydraulically fractured or acid stimulated wells has not been measured.**

Chemicals used in each hydraulic fracturing operation can react with each other and react with the rocks and fluids of the oil and gas reservoirs. When a well is stimulated with acid, the reaction of the acid with the rock minerals, petroleum, and other injected chemicals can release contaminants of concern in the oil reservoirs, such as metals or fluoride ions that have not been characterized or quantified. These contaminants may be present in recovered and produced water.

**Recommendation 4.2. Evaluate and report produced water chemistry from hydraulically fractured or acid stimulated wells.**

*Evaluate the chemistry of produced water from hydraulically fractured and acid stimulated wells, and the potential consequences of that chemistry for the environment. Determine how this chemistry changes over time. Require reporting of all significant chemical use, including acids, for oil and gas development (Volume II, Chapters 2 and 6).*

**Conclusion 4.3. Required testing and treatment of produced water destined for reuse may not detect or remove chemicals associated with hydraulic fracturing and acid stimulation.**

Produced water from oil and gas production has potential for beneficial reuse, such as for irrigation or for groundwater recharge. In fields that have applied hydraulic fracturing or acid stimulations, produced water may contain hazardous chemicals and chemical byproducts from well stimulation fluids. Practice in California does not always rule out the beneficial reuse of produced water from wells that have been hydraulically fractured or stimulated with acid. The required testing may not detect these chemicals, and the treatment required prior to reuse necessarily may not remove hydraulic fracturing chemicals.

**Recommendation 4.3. Protect irrigation water from contamination by hydraulic fracturing chemicals and stimulation reaction products.**

*Agencies of jurisdiction should clarify that produced water from hydraulically fractured wells cannot be reused for purposes such as irrigation that could negatively impact the environment, human health, wildlife and vegetation. This ban should continue until or unless testing the produced water specifically for hydraulic fracturing chemicals and breakdown products shows non-hazardous concentrations, or required water treatment reduces concentrations to non-hazardous levels (Volume II, Chapter 2; Volume III, Chapter 5 [San Joaquin Basin Case Study]).*

**Conclusion 4.4. Injection wells currently under review for inappropriate disposal into protected aquifers may have received water that contains chemicals from hydraulic fracturing.**

DOGGR is currently reviewing injection wells in the San Joaquin Valley for inappropriate disposal of oil and gas wastewaters into protected groundwater. The wastewaters injected into some of these wells likely included stimulation chemicals because hydraulic fracturing occurs nearby.

**Recommendation 4.4. In the ongoing investigation of inappropriate disposal of wastewater into protected aquifers, recognize that hydraulic fracturing chemicals may have been present in the wastewater.**

*In the ongoing process of reviewing, analyzing, and remediating the potential impacts of wastewater injection into protected groundwater, agencies of jurisdiction should include the possibility that hydraulic fracturing chemicals may have been present in these wastewaters (Volume II, Chapter 2; Volume III, Chapter 5 [San Joaquin Basin Case Study]).*

**Conclusion 4.5. Disposal of produced water by underground injection has caused earthquakes elsewhere.**

Fluid injected in the process of hydraulic fracturing will not likely cause earthquakes of concern. In contrast, disposal of produced water by underground injection could cause felt or damaging earthquakes. To date, there have been no reported cases of induced seismicity associated with produced water injection in California. However, it can be very difficult to distinguish California's frequent natural earthquakes from those possibly caused by water injection into the subsurface.

**Recommendation 4.5. Determine if there is a relationship between wastewater injection and earthquakes in California.**

*Conduct a comprehensive multi-year study to determine if there is a relationship between oil and gas-related fluid injection and any of California's numerous earthquakes. In parallel, develop and apply protocols for monitoring, analyzing, and managing produced water injection operations to mitigate the risk of induced seismicity. Investigate whether future changes in disposal volumes or injection depth could affect potential for induced seismicity (Volume II, Chapter 4).*

**Conclusion 4.6. Changing the method of produced water disposal will incur tradeoffs in potential impacts.**

Based on publicly available data, operators dispose of much of the produced water from stimulated wells in percolation pits (evaporation-percolation ponds), about a quarter by underground injection (in Class II wells), and less than one percent to surface bodies of water. Changing the method of produced water disposal could decrease some potential impacts while increasing others.

**Recommendation 4.6. Evaluate tradeoffs in wastewater disposal practices.**

*As California moves to change disposal practices, for example by phasing out percolation pits or stopping injection into protected aquifers, agencies with jurisdiction should assess the consequences of modifying or increasing disposal via other methods (Volume II, Chapter 2; Volume II, Chapter 4).*

**Principle 5. Add protections to avoid groundwater contamination by hydraulic fracturing.**

**Conclusion 5.1. Shallow fracturing raises concerns about potential groundwater contamination.**

In California, about three quarters of all hydraulic fracturing operations take place in shallow wells less than 2,000 feet (600 meters) deep. In a few places, protected aquifers exist above such shallow fracturing operations, and this presents an inherent risk that hydraulic fractures could accidentally connect to the drinking water aquifers and contaminate them or provide a pathway for water to enter the oil reservoir. Groundwater monitoring alone may not necessarily detect groundwater contamination from hydraulic fractures. Shallow hydraulic fracturing conducted near protected groundwater resources warrants special requirements and plans for design control, monitoring, reporting, and corrective action.

**Recommendation 5.1. Protect groundwater from shallow hydraulic fracturing operations.**

*Agencies with jurisdiction should act promptly to locate and catalog the quality of groundwater throughout the oil-producing regions. Operators proposing to use hydraulic fracturing operation near protected groundwater resources should be required to provide adequate assurance that the expected fractures will not extend into these aquifers and cause contamination. If the operator cannot demonstrate the safety of the operation with reasonable assurance, agencies with jurisdiction should either deny the permit, or develop protocols for increased monitoring, operational control, reporting, and preparedness (Volume I, Chapter 3; Volume II, Chapter 2; Volume III, Chapter 5 [San Joaquin Basin Case Study]).*

**Conclusion 5.2. Leakage of hydraulic fracturing chemicals could occur through existing wells.**

California operators use hydraulic fracturing mainly in reservoirs that have been in production for a long time. Consequently, these reservoirs have a high density of existing wells that could form leakage paths away from the fracture zone to protected groundwater or the ground surface. The pending SB 4 regulations going into effect July 2015 do address concerns about existing wells in the vicinity of well stimulation operations; however, it remains to demonstrate the effectiveness of these regulations in protecting groundwater.

**Recommendation 5.2. Evaluate the effectiveness of hydraulic fracturing regulations designed to protect groundwater from leakage along existing wells.**

*Within a few years of the new regulations going into effect, DOGGR should conduct or commission an assessment of the regulatory requirements for existing wells near stimulation operations and their effectiveness in protecting groundwater with less than 10,000 TDS from well leakage. This assessment should include comparisons of field observations from hydraulic fracturing sites with the theoretical calculations for stimulation area or well pressure required in the regulations (Volume II, Chapter 2; Volume III, Chapters 4 and 5 [San Joaquin Basin and Los Angeles Basin Case Studies]).*

**Principle 6. Understand and control emissions and their impact on environmental and human health.**

Gaseous emissions and particulates associated with hydraulic fracturing can arise from the use of fossil fuel in engines, outgassing from fluids, leaks, or proppant. Emissions can also result from all production processes. Such emissions have potential environmental or health impacts.

**Conclusion 6.1. Oil and gas production from hydraulically fractured reservoirs emits less greenhouse gas per barrel of oil than other forms of oil production in California.**

Burning fossil fuel to run vehicles, make electricity, and provide heat accounts for the vast majority of California's greenhouse gas emissions. In comparison, publicly available California state emission inventories indicate that oil and gas production operations emit about 4% of California total greenhouse gas emissions. Oil and gas production from hydraulically fractured reservoirs emits less greenhouse gas per barrel of oil than production using steam injection. Oil produced in California using hydraulic fracturing also emits less greenhouse gas per barrel than the average barrel imported to California. If the oil and gas derived from stimulated reservoirs were no longer available, and demand for oil remained constant, the replacement fuel could have larger greenhouse gas emissions.

> **Recommendation 6.1. Assess and compare greenhouse gas signatures of different types of oil and gas production in California.**
>
> *Conduct rigorous market-informed life-cycle analyses of emissions impacts of different oil and gas production to better understand GHG impacts of well stimulation (Volume II, Chapter 3).*

**Conclusion 6.2. Air pollutant and toxic air emissions from hydraulic fracturing are mostly a small part of total emissions, but pollutants can be concentrated near production wells.**

According to publicly available California state emission inventories, oil and gas production in the San Joaquin Valley air district likely accounts for significant emissions of sulfur oxides ($SO_x$), volatile organic compounds (VOC), and some air toxics, notably hydrogen sulfide ($H_2S$). In other oil and gas production regions, production as a whole accounts for a small proportion of total emissions. Hydraulic fracturing facilitates about 20% of California production, and so emissions associated with this production also represent about 20% of all emissions from the oil and gas production in California. Even where the proportion of air pollutant and toxic emissions caused directly or indirectly by well simulation is small, atmospheric concentrations of pollutants near production sites can be much larger than basin or regional averages, and could potentially cause health impacts.

> **Recommendation 6.2. Control toxic air emissions from oil and gas production wells and measure their concentrations near productions wells.**
>
> *Apply reduced-air-emission completion technologies to production wells, including stimulated wells, to limit direct emissions of air pollutants, as planned. Reassess opportunities for emission controls in general oil and gas operations to limit emissions. Improve specificity of inventories to allow better understanding of oil and gas emissions sources. Conduct studies to improve our understanding of toxics*

*concentrations near stimulated and un-stimulated wells (Volume II, Chapter 3; Volume III, Chapter 4 [Los Angeles Basin Case Study]).*

**Conclusion 6.3. Emissions concentrated near all oil and gas production could present health hazards to nearby communities in California.**

Many of the constituents used in and emitted by oil and gas development can damage health, and place disproportionate risks on sensitive populations, including children, pregnant women, the elderly, and those with pre-existing respiratory and cardiovascular conditions. Health risks near oil and gas wells may be independent of whether wells in production have undergone hydraulic fracturing or not. Consequently, a full understanding of health risks caused by proximity to production wells will require studying all types of productions wells, not just those that have undergone hydraulic fracturing. Oil and gas development poses more elevated health risks when conducted in areas of high population density, such as the Los Angeles Basin, because it results in larger population exposures to toxic air contaminants.

**Recommendation 6.3. Assess public health near oil and gas production.**

*Conduct studies in California to assess public health as a function of proximity to all oil and gas development, not just stimulated wells, and develop policies such as science-based surface setbacks, to limit exposures (Volume II, Chapter 6; Volume III, Chapters 4 and 5 [San Joaquin Basin and Los Angeles Basin Case Studies]).*

**Conclusion 6.4. Hydraulic fracturing and acid stimulation operations add some occupational hazards to an already hazardous industry.**

Studies done outside of California found workers in hydraulic fracturing operations were exposed to respirable silica and VOCs, especially benzene, above recommended occupational levels. The oil and gas industry commonly uses acid along with other toxic substances for both routine maintenance and well stimulation. Well-established procedures exist for safe handling of dangerous acids.

**Recommendation 6.4. Assess occupational health hazards from proppant use and emission of volatile organic compounds.**

*Conduct California-based studies focused on silica and volatile organic compounds exposures to workers engaged in hydraulic-fracturing-enabled oil and gas development processes based on the National Institute for Occupational Safety and Health occupational health findings and protocols (Volume II, Chapter 6).*

**Principle 7. Take an informed path forward.**

**Conclusion 7.1. Data reporting gaps and quality issues exist.**

Significant gaps and inconsistencies exist in available voluntary and mandatory data sources, both in terms of duration and completeness of reporting. Because the hydrologic and geologic conditions and stimulation practices in California differ from other unconventional plays in this country, many data gaps are specific to California.

> **Recommendation 7.1. Improve and modernize public record keeping for oil and gas production.**
>
> *DOGGR should digitize paper records and organize all datasets in databases that facilitate searches and quantitative analysis. DOGGR should also institute and publish data quality assurance practices, and institute enforcement measures to ensure accuracy of reporting. When a few years' reporting data become available, a study should assess the value, completeness, and consistency of reporting requirements for hydraulic fracturing and acid treatment operations—and as necessary, revise or expand reporting requirements. The quality and completeness of the data collected by the South Coast Air Quality Management District provides a good example of the completeness and availability the state should seek to emulate. The Department of Conservation should reevaluate well stimulation data trends after 3–5 years of reporting.*

**Conclusion 7.2. Future research would fill knowledge gaps.**

Questions remain at the end of this initial assessment of the impacts of well stimulation in California that can only be answered by new research and data collection. Volumes II and III of this report series provide many detailed recommendations for filling data gaps and additional research. Some examples of key questions include:

- Has any protected groundwater been contaminated with stimulation chemicals in the past, and what would protect against this occurrence in the future? No records of groundwater contamination due to hydraulic fracturing were found, but there were also few investigations designed to look for contamination.

- What environmental risks do stimulation chemicals pose, and are there practices that would limit these risks?

- Can water being produced from hydraulically fractured wells become a resource for California?

- How does oil and gas production as a whole (including that enabled by hydraulic fracturing) affect California's water system?

14

- Does California's current or future practice of underground injection of wastewater present a significant risk of inducing earthquakes?

- How can the public best be protected from air pollution associated with oil and gas production?

- What are the ecological impacts of oil and gas development in California?

### Recommendation 7.2. Conduct integrated research to close knowledge gaps.

*Conduct integrated research studies in California to answer key questions about the environmental, health, and seismic impacts of oil and gas production enabled by well stimulation. Integrated research studies should include regional hydrologic characterization and field studies related to surface and groundwater protection, induced seismicity, ecological conditions, as well as air and health effects.*

### Conclusion 7.3. Ongoing scientific advice could inform policy.

As the state of California digests this assessment and as more data become available, continued interpretation of both the impacts of well stimulation and the potential meaning of scientific data and analysis would inform the policy framework for this complex topic.

### Recommendation 7.3. Establish an advisory committee on oil and gas.

*The state of California should establish a standing scientific advisory committee to support decisions on the regulation of oil and gas development.*



**California Council on
Science and Technology**

1130 K Street, Suite 280
Sacramento, CA 95814

(916) 492-0996
http://www.ccst.us



**Lawrence Berkeley
National Laboratory**

Earth Sciences Division
1 Cyclotron Road,
Mail Stop 74R316C,
Berkeley, CA 94720

(510) 486-6455
http://www.lbl.gov

**EXHIBIT D**




David Shabazian, Director
Uduak-Joe Ntuk, California State Oil and Gas Supervisor
California Department of Conservation
801 K Street, MS 24-01
Sacramento, CA 95814

October 1, 2021

**RE: Response to CalGEM Questions for the California Oil and Gas Public Health Rulemaking Scientific Advisory Panel**

Director Shabazian and Supervisor Ntuk,

Please find attached the responses from the California Oil and Gas Public Health Rulemaking Scientific Advisory Panel to the written questions sent by the California Geologic Energy Management Division (CalGEM) on August 31, 2021.

We would be glad to answer any further questions that may arise.

Best Regards,

Seth B.C. Shonkoff, PhD, MPH
Co-Chair, California Oil and Gas Public Health Rulemaking Scientific Advisory Panel
Executive Director, PSE Healthy Energy
Visiting Scholar, Department of Environmental Science, Policy, and Management, University of California, Berkeley
Affiliate, Energy Technologies Area, Lawrence Berkeley National Lab

Rachel Morello-Frosch, PhD, MPH
Co-Chair, California Oil and Gas Public Health Rulemaking Scientific Advisory Panel
Professor, Department of Environmental Science, Policy and Management & School of Public Health, University of California, Berkeley, Berkeley CA

Joan A. Casey, PhD, MA
Assistant Professor, Department of Environmental Health Sciences, Columbia University Mailman School of Public Health, New York, New York

Nicole Deziel, PhD, MHS
Associate Professor, Department of Environmental Health Sciences, Yale School of Public Health, Yale University, New Haven, Connecticut

i

Dominic C. DiGiulio, PhD, MS
Senior Research Scientist, PSE Healthy Energy
Affiliate, Department of Civil, Environmental, and Architectural Engineering, University of
Colorado, Boulder

Stephen Foster, PhD
Senior Principal, Geosyntec Consultants

Robert Harrison, MD and MPH
Clinical Professor of Medicine, Division of Occupational and Environmental Medicine,
University of California San Francisco

Jill Johnston, PhD, MS
Assistant Professor of Environmental Health, Department of Population and Public Health
Sciences, Keck School of Medicine, University of Southern California

Kenneth Kloc, PhD and MPH
Staff Toxicologist, Office of Environmental Health Hazard Assessment, California EPA

Lisa McKenzie, PhD and MPH
Clinical Assistant Professor, Department of Environmental and Occupational Health,
Colorado School of Public Health, University of Colorado Denver Anschutz Medical Campus

Thomas McKone, PhD
Professor Emeritus, School of Public Health, University of California, Berkeley
Affiliate, Energy Technologies Area, Lawrence Berkeley National Laboratory

Mark Miller, MD, MPH
Director, Children's Environmental Health Center, Office of Environmental Health Hazard
Assessment, California EPA
Associate Clinical Professor, Division of Occupational and Environmental Medicine,
University of California, San Francisco

Andrea Polidori, PhD
Advanced Monitoring Technologies Manager, South Coast Air Quality Management District

# CalGEM Questions for the California Oil and Gas Public Health Rulemaking Scientific Advisory Panel

**CalGEM requests the California Oil and Gas Public Health Rulemaking Scientific Advisory Panel assistance with the following questions:**

> 1. *How would the panel characterize the level of certainty that proximity to oil and gas extraction wells and associated facilities in California causes negative health outcomes? Is there a demonstrated causal link between living near oil and gas wells and associated facilities and health outcomes?*

We have focused our review on epidemiological studies carried out in multiple oil and gas regions, including Colorado, which has a similar regulatory context as California. Given that similar environmental health hazards and risks are intrinsic to both conventional and unconventional oil and gas development (OGD), including exposure pathways, chemicals associated with hydrocarbon reservoirs, use of ancillary equipment, and non-chemical stressors (See section on "Similarities and Differences Between Unconventional and Conventional OGD"), the California Oil and Gas Public Health Rulemaking Scientific Advisory Panel (Panel) concludes that the full body of epidemiologic literature is relevant to assess the human health hazards, risks and impacts of upstream OGD in California.

<u>Our Panel concludes with a high level of certainty[1] that the epidemiologic evidence indicates that close residential proximity to OGD is associated with adverse perinatal and respiratory outcomes, for which the body of human health studies is most extensive in California and other locations.</u>

## Studies on Oil and Gas Development and Perinatal Outcomes

Perinatal outcome studies provide the largest [19 studies][2] and strongest body of evidence linking OGD exposure during the sensitive prenatal period with adverse health effects. The majority of studies that examine perinatal effects found increased risk of adverse birth outcomes in those most exposed to OGD (measured using metrics including, but not limited to proximity, well density, and production volume). It should also be noted that adverse perinatal outcomes, including preterm births, low birth weight, and small-for-gestational age births

---

[1] In this document, the statement, "a high-level of certainty" is based on the professional judgement of all California Oil and Gas Public Health Rulemaking Scientific Advisory Panel (Panel) members in their assessment of the scientific evidence. In terms of panel process, all Panel members agree with the responses to the questions in this document. Any Panel member could have written a dissenting opinion, but no one requested to do so. This document reflects the perspective of the Panel members and not necessarily the opinions of their employers or institutions.

[2] Apergis et al., 2019; Busby & Mangano, 2017; Caron-Beaudoin et al., 2020; Casey et al., 2016; Currie et al., 2017; Cushing et al., 2020; Gonzalez et al., 2020; Hill, 2018; Janitz et al., 2019; Ma, 2016; McKenzie et al., 2014, 2019; Stacy et al., 2015; Tang et al., 2021; Tran et al., 2020, *Forthcoming*; Walker Whitworth et al., 2018; Whitworth et al., 2017; Willis et al., 2021.

1

increase the risk of mortality and long-term developmental problems in newborns (Liu et al., 2012; Vogel et al., 2018) as well as longer term morbidity through adulthood (Baer et al., 2016; Barker, 1995; Carmody & Charlton, 2013; Frey & Klebanoff, 2016).

### Perinatal Outcomes Associated with Conventional and Unconventional Oil and Gas Development

While many perinatal outcome studies outside of California focus on unconventional OGD (e.g., high-volume hydraulic fracturing), a recent review of the literature (Deziel et al., 2020), highlighted the need for an updated assessment of the health effects associated with OGD more generally, as both conventional and unconventional OGD operations present health risks, especially to those living in close proximity. This bolsters conclusions reached by the authors of the 2015 independent scientific study of hydraulic fracturing and well stimulation in California led by the California Council on Science and Technology (CCST) (Long et al., 2015) pursuant to Senate Bill 4 (2013, Pavley). Recent studies in California have reported associations between exposure to OGD and adverse birth outcomes, considering wells under production using enhanced oil recovery including cyclic steam injection, steam flooding and water flooding -- methods that do not meet the definition of unconventional development (Gonzalez et al., 2020; Tran et al., 2020, *Forthcoming*). Similar findings regarding adverse birth outcomes have been reported while examining unconventional OGD in Colorado, Oklahoma, Pennsylvania and Texas (Apergis et al., 2019; Casey et al., 2016; Cushing et al., 2020; Gonzalez et al., 2020; Hill, 2018; McKenzie et al., 2019; Stacy et al., 2015; Walker Whitworth et al., 2018; Whitworth et al., 2017). In the California independent scientific study on well stimulation pursuant to Senate Bill 4 (2013, Pavley), the authors concluded that while hydraulic fracturing introduces some specific human health risks, the majority of environmental risks and stressors are similar across conventional and unconventional oil and gas operations (Long et al., 2015; Shonkoff et al., 2015). Further, a handful of epidemiological studies explicitly examine potential differences in associations between conventional or unconventional oil or natural gas development and adverse outcomes. For example, Apergis et al. (2019) reported statistically significant reductions in infant health index within 1 km of both conventional and unconventional drilling sites in Oklahoma. In summary, the Panel concludes with a high level of certainty that human health studies focused on unconventional and conventional OGD are relevant to consider in the California context where conventional development is most prevalent.

### Consistency Across Perinatal Epidemiology Studies

We have a high level of certainty in the findings in the body of epidemiological studies for perinatal health outcomes because of the consistency of results across multiple studies that were conducted using different methodologies, in different locations, with diverse populations, and during different time periods (see **Table 1** below). Most of these studies entail rigorous, high quality analyses (i.e., study designs that establish temporality based on large sample sizes, control for potential individual and area-level confounders, apply rigorous statistical

modelling techniques, and conduct sensitivity analyses to assess the robustness of effects). A variety of pollutants (e.g., $PM_{2.5}$ and air toxics) and other OGD stressors are associated with these same adverse birth outcomes (Dzhambov & Lercher, 2019; Nieuwenhuijsen et al., 2017; Shapiro et al., 2013), which further strengthens the evidence of the link between OGD and adverse perinatal outcomes. Therefore, the totality of the epidemiological evidence provides a high level of certainty that exposure to OGD (and associated exposures) cause a significant increased risk of poor birth outcomes.

Further, imprecision in exposure assessment or non-differential exposure misclassification in some of the epidemiological studies is more likely to attenuate observed relationships, thus leading to an underestimate of the true adverse impacts of OGD on birth outcomes (**Figure 1**). In environmental epidemiologic studies, researchers often use surrogates to estimate exposures or assign individuals to exposure categories; these surrogates have some measurement error associated with them. When these errors in assigning or classifying participant exposures are similar between exposed and unexposed or those with or without the health outcome, this is referred to as non-differential exposure misclassification. This type of "noise" in the data tends to dilute or attenuate the true exposure-response relationship, as illustrated by the hypothetical dashed line in **Figure 1**, which has a shallower slope compared to the hypothetical "true" solid line.



**Figure 1. Effect of imprecise exposure estimates on a hypothetical exposure-response relationship (Source: Adapted from Seixas & Checkoway, 1995).**

**Respiratory Risks and Impacts from Oil and Gas Development**

Respiratory health outcomes are the second most studied health outcomes in the epidemiological literature examining OGD, with eight peer-reviewed studies published to date. Two peer-reviewed studies in California found an association between OGD and self-reported and physician-diagnosed asthma, reduced lung function, and self-reported acute respiratory symptoms (e.g., recent wheeze) (Johnston et al., 2021; Shamasunder et al., 2018). Six studies in other oil and gas regions (Pennsylvania and Texas) reported an association between OGD and asthma exacerbations, asthma hospitalizations, and respiratory symptoms (Koehler et al., 2018; Peng et al., 2018; Rabinowitz et al., 2015; Rasmussen et al., 2016; Willis et al., 2018, 2020).

Epidemiological studies, by design, often use aggregate measures of exposure to account for multiple potential stressors and pathways associated with OGD (e.g., air pollution, noise pollution, groundwater and/or drinking water contamination). Many criteria air pollutants (e.g., particulate matter, ozone, nitrogen oxides) and hazardous air pollutants emitted from OGD have a well-established body of scientific literature indicating that exposure to these pollutants causes an increased risk of development and exacerbation of respiratory disease (Bolden et al., 2015; Ferrero et al., 2014). We reiterate the relevance of studies on both conventional and unconventional OGD for respiratory health outcomes. For example, (Willis et al., 2020) found that both conventional and unconventional natural gas development at the ZIP code level was associated with pediatric asthma hospitalizations in Texas.

**Comparing The Body of Perinatal and Respiratory Outcome Studies Against The Bradford Hill Criteria for Causation**

Below, we demonstrate how the body of epidemiological studies on the relationship between OGD and perinatal and respiratory outcomes meets the nine Bradford Hill Criteria for Causation (Hill, 1965; Lucas & McMichael, 2005). The Bradford Hill Criteria are used to evaluate the strength of epidemiological evidence for determining a causal relationship between an exposure and observed effect. These criteria are widely used in the field of epidemiology and public health practice to guide decision-making. <u>After considering these criteria, the Panel concludes with a high level of certainty that there is a causal relationship between close geographic proximity to OGD and adverse perinatal and respiratory outcomes</u> (**Table 1**).

4

**Table 1. Application of the Bradford Hill Criteria for Causation to the peer-reviewed epidemiological literature on oil and gas development and perinatal and respiratory health outcomes.**

| Criteria for Causation (Bradford-Hill) | Description of Criteria | Perinatal Health Studies | Respiratory Health Studies |
|---|---|---|---|
| **Strength of Association** | Environmental studies commonly report modest effects sizes (i.e., relative to active tobacco smoking or alcohol consumption). A small magnitude of association can support a causal relationship, a larger association may be more convincing. | Reported effect sizes are in ranges similar to other well-established environmental reproductive and developmental hazards, such as $PM_{2.5}$ (Dadvand et al., 2013; C. Li et al., 2020). Some studies, particularly those in California, have found stronger effect estimates for OGD exposures among socially marginalized groups (Cushing et al., 2020; Gonzalez et al., 2020; Tran et al., 2020, *Forthcoming*). | Reported effect sizes are in ranges similar to other well-established environmental respiratory hazards. For example, effect sizes in reductions in lung function by Johnston et al. (2021) are similar in magnitude to reductions in lung function associated with secondhand smoke exposure among women (Eisner, 2002) and reductions in lung function among adults living near busy roadways (e.g., (Kan et al., 2007). |
| **Consistency** | Consistent findings observed by different persons in different places with different samples strengthens the likelihood of an effect. | Adverse birth outcomes have been observed in multiple studies using multiple methods in different populations at different times and locations (e.g., California, Pennsylvania, Colorado, Texas). While there is some variation in findings by specific perinatal outcomes, the overall body of evidence is highly consistent in supporting the association between OGD and adverse perinatal outcomes. | Various respiratory health outcomes are evaluated in the literature. For asthma -- the most commonly studied respiratory health outcome -- studies across California, Pennsylvania and Texas consistently show an association between OGD and asthma-related metrics (asthma prevalence, exacerbations, pediatric hospitalizations) (Koehler et al., 2018; Rasmussen et al., 2016; Shamasunder et al., 2018; Willis et al., 2018, 2020) . |

| Criteria for Causation (Bradford-Hill) | Description of Criteria | Perinatal Health Studies | Respiratory Health Studies |
|---|---|---|---|
| **Specificity** | Causation is likely if there is no other likely explanation. | All peer-reviewed birth outcome studies included in our review controlled for other potential confounders by (i) accounting or adjusting for other individual-level or area-level factors (e.g., other air pollution sources, neighborhood socioeconomic status) in the analysis (Casey et al., 2016; McKenzie et al., 2014; Tran et al., 2020, *Forthcoming*). Other studies applied statistical modeling approaches such as difference-in-difference that accounts for temporal and spatial trends that may confound observed effects (Willis et al., 2021). | Most respiratory health studies have controlled for other potential explanatory or confounding factors by (i) accounting or adjusting for other individual-level (e.g., smoking status) or area-level factors (e.g., other air pollution sources) in the analysis (Johnston et al., 2021; Koehler et al., 2018; Peng et al., 2018; Rabinowitz et al., 2015; Rasmussen et al., 2016; Willis et al., 2018, 2020), or in the study design, such as utilizing a difference-in-difference methodology (Peng et al., 2018; Willis et al., 2018). |
| **Temporality** | Exposure precedes the disease. | Most birth outcomes studies have proper temporal alignment between exposure and outcome and use a retrospective cohort, case control or other study design that allows retroactive assessment of exposures to OGD occurring before the onset of disease. They do not consider exposure that occurred at the time of disease or oil and gas wells drilled after the disease. | Some respiratory health studies do not allow for assessments of exposure that predate disease. However, of the studies with the proper temporal alignment (Johnston et al., 2021; Koehler et al., 2018; Peng et al., 2018; Rasmussen et al., 2016; Willis et al., 2018), authors report statistically significant associations between OGD and oral corticosteroid medication orders, asthma hospitalizations and asthma-related emergency department visits. |

6

| Criteria for Causation (Bradford-Hill) | Description of Criteria | Perinatal Health Studies | Respiratory Health Studies |
|---|---|---|---|
| **Biological Gradient (Dose-Response)** | Greater exposure leads to a greater likelihood of the outcome. | Some studies have found dose-response relationships based on oil and gas production volume categories or metrics of inverse distance weighting and/or oil and gas well density in California and elsewhere (Casey et al., 2016; McKenzie et al., 2014, 2019; Tang et al., 2021; Tran et al., 2020). | Larger reductions in lung function observed with decreased distance from active oil development sites (Johnston et al., 2021). |
| **Plausibility** | The exposure pathway and biological mechanism is plausible based on other knowledge. | Individual health-damaging chemical pollutants are well-understood to be emitted from OGD (e.g., $PM_{2.5}$, benzene) and established as contributing to increased risk for the same adverse perinatal outcomes observed in the epidemiology studies. Stressors associated with OGD (e.g., psychosocial stress; (Casey et al., 2019) can also contribute to increased adverse perinatal outcomes. | Many air pollutants associated with OGD are well-known to contribute to respiratory morbidity and mortality, including exacerbations of existing respiratory conditions (Guarnieri & Balmes, 2014). |
| **Coherence** | Causal inference is possible only if the literature or substantive knowledge supports this conclusion. | In particular, the body of peer-reviewed literature is converging towards singular directions for adverse perinatal outcomes. | The body of peer-reviewed literature points in a singular direction for adverse respiratory health outcomes. |

| Criteria for Causation (Bradford-Hill) | Description of Criteria | Perinatal Health Studies | Respiratory Health Studies |
|---|---|---|---|
| **Experiment** | Causation is a valid conclusion if researchers have seen observed associations in prior experimental studies. | N/A- Human population-based experimental studies are not available due to ethical issues. | N/A- Human population-based experimental studies are not available due to ethical issues. |
| **Analogy** | For similar programs operating, similar results can be expected to bolster the causal inference concluded. | Pollutants well known to be emitted during OGD including benzene, toluene and 1,3 butadiene are listed as reproductive or developmental toxicants under Prop 65 and thus are recognized as such by the State of California (CalEPA OEHHA, 2021). EPA's current Integrated Science Assessments of particulate matter and tropospheric ozone conclude that the evidence is suggestive of, but is not sufficient to infer, a causative relationship between birth outcomes, including preterm birth and low birth weight, and $PM_{2.5}$ and long term ozone exposures (US EPA, 2019, 2020). Additionally, increased stress during pregnancy can alter fetal growth and length of gestation (Fink et al., 2012). | EPA's current Integrated Science Assessments of particulate matter and tropospheric ozone conclude that there is: a casual relationship between respiratory outcomes, including asthma and short term ozone exposure; and likely a causal relationship between respiratory outcomes, including asthma and: short and long term $PM_{2.5}$ exposure; and long term ozone exposure (US EPA, 2019, 2020). |

**Similarities and Differences Between Unconventional and Conventional Oil and Gas Development**

Though definitions of conventional and unconventional OGD may differ across different regulatory and policy landscapes, the majority of OGD in California is often considered conventional, involving vertical drilling at shallower depths into target geologies that hold migrated hydrocarbons. These attributes of development are often considered in contrast to unconventional OGD, which can involve horizontal directional drilling in deeper wells to access source rock formations by increasing the permeability of these tight formations using mostly hydraulic fracturing. In addition, these unconventional operations are often accompanied with greater masses of material inputs (e.g., water, chemical additives, proppants) and a greater magnitude of liquid and solid waste outputs (e.g., flowback fluids and produced water). It should be noted, however, that hydraulic fracturing that takes place in California often uses fluids (gels) with higher concentrations of well stimulation chemicals than those fluids used in high-volume slick water hydraulic fracturing of source rock in other parts of the United States (Long et al., 2015).

However, many environmental and health hazards and risks are intrinsic to both conventional and unconventional OGD (Hill et al., 2019; Jackson et al., 2014; Lauer et al., 2018; Stringfellow et al., 2017; Zammerilli et al., 2014). $PM_{2.5}$ and nitrogen oxides emissions result from the use of diesel-powered equipment and trucks and hazardous air pollutants such as benzene, toluene, ethylbenzene and xylene (BTEX) occur naturally in oil and gas formations, regardless of the type of extraction method employed. Noise pollution, odors, and landscape disruption are inherent to OGD. Investigations in other oil and gas states have noted radioactivity on particles downwind from unconventional oil and gas wells (Li et al., 2020b) and in sediment downstream of water treatment plants that treat waste from conventional as well as unconventional oil and gas operations (Burgos et al., 2017; Lauer et al., 2018).

In California, policy, regulatory and scientific emphasis has been placed on well stimulation activities, including hydraulic fracturing, matrix acidizing and acid fracturing. The 2015 Independent Scientific Assessment on Well Stimulation in California, which focused primarily on well stimulation activities pursuant to Senate Bill 4 (2013, Pavley), reported the following key conclusion: *"The majority of impacts associated with hydraulic fracturing are caused by the indirect impacts of oil and gas production enabled by the hydraulic fracturing"* (Long et al., 2015). Indirect impacts relevant to human health for the purposes of the study included: "proximity to any oil production, including stimulation- enabled production, could result in hazardous emissions to air and water, and noise and light pollution that could affect public health" (Long et al., 2015). Additionally, a recent evaluation of chemical usage during OGD in California found significant overlap in chemical additives used for well stimulation (including hydraulic fracturing) and those used in routine activities, such as well maintenance (Stringfellow et al., 2017).

**2. What are the air pollutants released from these activities that cause negative health outcomes? How do we know exposure to these is likely from oil and gas extraction wells and associated facilities, as opposed to other sources?**

The wells, valves, tanks and other equipment used to produce, store, process and transport petroleum products at both unconventional and conventional OGD sites are associated with emissions of toxic air contaminants, hazardous air pollutants and other health-damaging non-methane VOCs (Helmig, 2020; Moore et al., 2014). Diesel engines used to power on-site equipment and trucks at unconventional and conventional OGD sites directly emit health-damaging hazardous air pollutants, fine particulate matter (PM$_{2.5}$), nitrogen oxides and volatile organic compounds (VOCs) (CalEPA OEHHA, 2001). Many VOCs and nitrogen oxides are precursors to ground level ozone (O$_3$) formation, another known health harming pollutant. Hazardous air pollutants that are known to be emitted from OGD sites include benzene, toluene, ethylbenzene, xylenes, hexane and formaldehyde--many of which are known, probable or possible carcinogens and/or teratogens and which have other adverse effects for non-cancer health outcomes (CalEPA OEHHA, 2008, 2009; Moore et al., 2014). In the San Joaquin Valley Air Pollution Control District, OGD activities are responsible for the majority of emissions of multiple toxic air contaminants including acetaldehyde, benzene, formaldehyde, hexane and hydrogen sulfide (**Figure 2**) (Brandt et al., 2015; Long et al., 2015).



**Figure 2**. **Toxic Air Contaminant emissions from stationary facilities in the San Joaquin Valley Air Pollution Control District (Source: (Brandt et al., 2015).**

A recently published study using statewide air quality monitoring data from California investigated whether drilling new wells or increasing production volume at active wells resulted in emissions of $PM_{2.5}$, nitrogen dioxide ($NO_2$), VOCs, or $O_3$ (Gonzalez et al., 2021). To assess the effect of oil and gas activities on concentrations of air pollutants, the authors used daily variation in wind direction as an instrumental variable and used fixed effects regression to control temporal factors and time-invariant geographic factors. The authors documented higher concentrations of $PM_{2.5}$, $NO_2$, VOCs, and $O_3$ at air quality monitoring sites within 4 km of pre-production OGD well sites (i.e., wells that were between spudding and completion) and 2 km of production OGD well sites, after adjusting for geographic, meteorological, seasonal, and time trending factors. In placebo tests, the authors assessed exposure to well sites downwind of the air monitors and observed no effect on air pollutant concentrations. **Table 2** summarizes the increases in each pollutant for each additional upwind well site by distance.

**Table 2. Summary of air pollutant concentrations measured between 2006-2019 at 314 air quality monitoring sites in the EPA Air Quality System for California (Gonzalez et al., 2021).**

| Distance | $PM_{2.5}$ $\mu g/m^3$* | $NO_2$ ppb | VOCs (ppb C)* | $O_3$ (ppb) |
|---|---|---|---|---|
| Estimated increase for each additional upwind pre-production well site | | | | |
| Within 2 km | 2.35 (0.81, 3.89) | 2.91 (0.99, 4.84) | No increase | no increase |
| 2-3 km | 0.97 (0.52, 1.41) | 0.65 (0.31, 0.99) | No increase | 0.31 (0.2, 42) |
| 3-4 km | no increase | no increase | no increase | 0.14 (0.05, 0.23) |
| Estimated Increase for each 100 BOE of total oil and gas upwind production volume | | | | |
| 1 km | 1.93 (1.08, 2.78) | 0.62 (0.37, 0.86) | 0.04 (0.01, 07) | no increase |
| 1-2 km | no increase | no increase | no increase | 0.11 (0.08, 0.14) |

*No $PM_{2.5}$ or VOC monitoring sites with 1 km of pre-production well sites; BOE, barrels of oil equivalents.

These multiple stressors, along with other physical factors such as noise and vibration, are consistently found in exposure studies to be measurably higher near oil and gas extraction wells and other ancillary infrastructure in California. <u>As such, the Panel concludes with a high level of certainty that concentrations of health-damaging air pollutants, including criteria air pollutants and toxic air contaminants, are more concentrated near OGD activities compared to further away.</u>

11

3. ***Does the evidence evaluated clearly support a specific setback? If so, what is this setback distance and what oil and gas extraction activities would it specifically apply to? What is the supporting evidence?***

   a. ***How does this evidence justify the recommended setback distance, as opposed to another distance?***

Existing epidemiologic studies were not designed to test and establish a specific "safe" buffer distance between OGD sites and sensitive receptors, such as homes and schools. Nevertheless, <u>studies consistently demonstrate evidence of harm at distances less than 1 km, and some studies also show evidence of harm linked to OGD activity at distances greater than 1 km.</u> In addition, exposure pathway studies have demonstrated through measurements and modelling techniques, the potential for human exposure to numerous environmental stressors (e.g., air pollutants, water contaminants, noise) at distances less than 1 km (e.g., Allshouse et al., 2019; Holder et al., 2019; McKenzie et al., 2018; DiGiulio et al., 2021; Soriano et al., 2020), and that the likelihood and magnitude of exposure decreases with increasing distance.

   b. ***What are the health benefits from this setback? Can the panel quantify them or recommend a methodology CalGEM can use to quantify them? Can the panel establish that these health benefits can only be achieved with the setback? Or can they also be achieved with mitigation controls?***

**Figure 3** presents a hierarchy of strategies to reduce human health hazards, risks and impacts from OGD activities. **Table 3** presents the advantages and disadvantages of each strategy from an environmental public health perspective.



**Figure 3. Hierarchy of strategies to reduce or eliminate public health harms for OGD activities. Note: the use of the term "wells" includes the ancillary infrastructure used to develop, gather and process oil and gas in the upstream oil and gas sector.**

12

At the top of Figure 3 is the most health protective strategy: to stop drilling and developing new wells, phase out existing OGD activities and associated infrastructure, and properly plug remediate legacy wells and ancillary infrastructure.

If the development of oil and gas is to continue, the greatest health benefits would be gained from a strategy that includes the next two controls in the hierarchy depicted in Figure 3: the elimination of new and existing wells and ancillary infrastructure within scientifically informed setback distances and the deployment of engineering emission controls and associated monitoring approaches that lead to rapid leak detection and repair for new and existing wells and ancillary infrastructure. Because air pollutant concentrations and noise levels decrease with increasing distance from a source, adequate setbacks can reduce harm to local populations by reducing exposures to air pollutants and noise directly emitted from the OGD activities. However, setbacks do not reduce harms from OGD contributions to regional air pollutant levels, such as secondary particulate matter and ozone, or greenhouse gases, such as methane, which are nearly always co-mingled with health-damaging air pollutants (Michanowicz et al., *Forthcoming*). Engineering controls that reduce emissions at the well site are also necessary to reduce these harms.

Engineering controls include cradle-to-grave noise and air pollution emission mitigation controls on OGD infrastructure including new, modified and existing infrastructure, and proper abandonment of legacy infrastructure, prioritizing those nearest to residential sites and schools and those associated with the highest emissions, leaks and other environmental hazards.

However, engineering controls can fail and engineering solutions may not be available for or economically feasible to handle all of the complex stressors generated by OGD, including multiple sources and types of air pollution, noise pollution, light pollution, water pollution, and other stressors. Therefore, neither setbacks or engineering controls alone are sufficient to reduce the health hazards and risks from OGD activities -- both approaches are needed in tandem.

Finally, we note that while outside of CalGEM's jurisdiction, setbacks for new construction of housing or schools at a certain distance from existing or permitted OGD sites (commonly referred to as reverse setbacks), should be considered.

13

**Table 3. Advantages and Disadvantages of Oil and Gas Development Control Strategies from an Environmental Public Health Perspective.**

| Control Strategy | Description | Advantage | Disadvantage |
|---|---|---|---|
| Elimination | Eliminate or reduce new and existing wells and ancillary infrastructure in combination with proper plugging and abandonment of wells and other legacy infrastructure. | Eliminates the source of nearly all environmental stressors (e.g., air and water pollutants, noise); protects local and regional populations | None. |
| Setbacks | Increase the distance between OGD hazards and sensitive receptors. | Reduces risk of exposures to populations living near OGD sites; environmental stressors are generally attenuated with increasing distance. | Setbacks alone without coupled engineered mitigation controls allow continued release of hazards and therefore does not adequately address air pollutant and greenhouse gas emissions from OGD and their impacts on regional air quality and the climate. |
| Engineering Controls | Reduces or eliminates release of specific hazards on site. | Reduces or eliminates certain hazards and therefore can have local and regional environmental public health benefits. | Tends to be disproportionately focused on air pollutant emissions. Often not feasible to apply engineering solutions to multiple, complex stressors each requiring different control technologies (e.g. noise, air and water impacts, social stressors) and lacks the important factor of safety provided by a setback when engineering controls fail. |
| Residence Controls | Provides households with devices to reduce hazard at the home (e.g., water filter, light-blocking shades, air filters). | Reduces intensity of certain hazards to nearby communities at the household level. | Places burden on individuals and households to use devices properly and to maintain and regularly replace controls to maximize effectiveness. Not feasible to apply devices to address numerous, complex stressors. |
| Personal Protective Equipment | Provide individuals with devices to reduce exposure (e.g., respiratory masks, ear plugs, eye masks). | Reduces intensity of exposure of certain hazards to nearby individuals. | Places burden on individuals to use PPE consistently and properly and is not feasible for the complex stressors. |

14

**Attributable Risk Calculations**

One method to estimate health harms from OGD is to use the measures of association from the epidemiologic literature and population counts to calculate the excess number of specific health outcomes. This is what is known as an attributable risk method. We may be able to derive these estimates in the final report for birth outcomes using estimates of population counts for women of reproductive age in California living near OGD sites. We will also attempt to derive similar estimates for respiratory outcomes by using age appropriate population counts near OGD sites. This attributable risk method can allow us to estimate the number of adverse perinatal or respiratory cases that are attributable to OGD exposures and could be attenuated through the implementation of elimination or setback strategies.

> ### c. Can the panel quantify or recommend a methodology CalGEM can use to quantify the health benefits associated with mitigation controls?

The Panel was not tasked to estimate health benefits of various setbacks and mitigation strategies, which pose significant methodological challenges and would require considerable time and effort. Among the challenges is the need to consider the benefits of reducing multiple stressors -- multiple air pollutants and other chemicals, noise, vibration, light, subsurface contamination, etc.

**Known Health Benefits of Reducing Air and Noise Pollution**

There is a significant body of literature and available tools that address the potential health benefits that can be achieved by reducing air and noise pollution exposures. The National Institute of Environmental Health Sciences has linked air pollution and specifically $PM_{2.5}$ to respiratory disease, cardiovascular disease, cancer, and reproduction harm and provides references supporting these links (NIEHS (National Institute of Environmental Health Sciences), 2021). Schraufnagel et al. (2019) examined in detail the health benefits of air pollution reductions in different geographic regions. Friedman et al. (2001) showed that improvements in air quality in preparation for the 1996 Atlanta Olympics resulted in significantly lower rates of childhood asthma events, including reduced emergency department visits and hospitalizations. Avol et al. (2001) demonstrated that children in southern California who moved to communities with higher air pollution levels had lower lung function growth rates than children who moved to areas with lower air pollution levels. Gauderman et al. (2015), examining the impact of reductions in $PM_{2.5}$ and nitrogen dioxide in the Los Angeles air basin, found that children who grew up after air quality improvements had less than ½ the chance of having clinically low lung function results. Ha et al. (2014) found $PM_{2.5}$ exposures in all trimesters to be significantly and positively associated with the risk of all adverse birth outcomes.

15

In an analysis of noise exposure reductions. Based on sound levels measured and/or modeled across the US together with an EPA exposure- response model for levels exceeding EPA standards, Swinburn et al. (2015) found that a 5-dB noise reduction scenario in communities with noise exceeding EPA standards would reduce the prevalence of hypertension by 1.4% and coronary heart disease by 1.8%. The types of health-benefit studies noted here provide a basis for conducting a health-benefits analysis using a tool such as US EPA's Environmental Benefits Mapping and Analysis Program—Community Edition (BenMAP-CE) (US EPA, 2021).

**Possible Approaches to Quantify Health Benefits**

CalGEM could obtain estimates of the health benefits achieved from different mitigation strategies individually or in combination with tools such as the Community Multiscale Air Quality Model (CMAQ) (Binkowski & Roselle, 2003) and/or other exposure assessment tools and link model output to EPA's BenMAP-CE (US EPA, 2021). However, these models and approaches are only focused on air quality and noise. It should also be noted that a significant drawback of using BenMAP-CE for this application is that it only considers impacts from criteria air pollutants and not from toxic air contaminants or other emerging air pollutants.

BenMAP-CE estimates the number and economic value of health impacts resulting from changes in air pollution concentrations. BenMAP-CE estimates benefits in terms of the reductions in the risk of premature death, heart attacks, and other adverse health effects. BenMAP-CE requires as input, pollutant concentrations at a scale that matches with population data. These concentrations can be obtained from a model such as CMAQ (Binkowski & Roselle, 2003) or from a monitoring network. BenMAP-CE takes the concentration fields for a base case and then for a pollution reduction (or increase) to assess health benefits (or detriments). BenMAP-CE then estimates changes in health endpoints, allowing the user to specify the concentration–response function and either use built-in population and baseline mortality rates or specify them as inputs.

It should be noted that in order to use a model such as BenMAP-CE to assess health benefits of setbacks and mitigation controls at well sites across California would involve a significant level of time and effort in data collection and model executions. In addition, these models are limited to characterizing the health benefits of criteria air pollutant reductions, but do not account for other OGD related exposures such as toxic air contaminants, other chemical exposures and exposures to other stressors through other environmental pathways (e.g., water and noise). Additionally, and importantly, the lack of spatially resolved emissions data from upstream OGD introduces challenges when assessing local- and sub-regional scaled health impacts that would be required for calculating benefits of specific policies such as setbacks and emission control. As such, <u>attempts to quantify benefits using BenMAP-CE are likely to underestimate them</u>.

16

**4. CalGEM is aware of health risk assessments, health impact assessments, air exposure studies, and workforce safety studies that have been conducted but were not evaluated as part of your preliminary advice. How do these studies align with your causation determination, any recommended setback distance, and recommendations on health benefits quantification?**

The Panel determined early in its deliberations that it would limit the studies assessed in its report to those in the peer-reviewed scientific literature. This criterion ensures that studies have been evaluated by scientists who have not been involved with the study but have expertise in the relevant topic area and/or the methods used to carry out analyses, prior to publication. The peer-review process helps to ensure that high quality data and scientific interpretations are at the core of the science-policy decision-making process. Authors of peer reviewed studies are more likely to have been questioned about their methods, data interpretations, and conclusions, leading to greater confidence in the results.

In addition, the Panel was not tasked with assessing occupational studies. If CalGEM staff are aware of any peer-reviewed studies that were not included in our preliminary advice, we encourage them to send the Panel references so that we can evaluate them for inclusion in the final report. We intend to scan the literature again to assess whether relevant studies have been published since we completed the draft report. <u>Should additional peer-reviewed studies be identified, the Panel will evaluate them to determine if they align with the scope of the report and should be added</u>.

# References

Allshouse, W. B., McKenzie, L. M., Barton, K., Brindley, S., & Adgate, J. L. (2019). Community Noise and Air Pollution Exposure During the Development of a Multi-Well Oil and Gas Pad. *Environmental Science & Technology*, *53*(12), 7126–7135. https://doi.org/10.1021/acs.est.9b00052

Apergis, N., Hayat, T., & Saeed, T. (2019). Fracking and infant mortality: Fresh evidence from Oklahoma. *Environmental Science and Pollution Research*, *26*(31), 32360–32367. https://doi.org/10.1007/s11356-019-06478-z

Avol, E. L., Gauderman, W. J., Tan, S. M., London, S. J., & Peters, J. M. (2001). Respiratory effects of relocating to areas of differing air pollution levels. *American Journal of Respiratory and Critical Care Medicine*, *164*(11), 2067–2072. https://doi.org/10.1164/ajrccm.164.11.2102005

Baer, R. J., Rogers, E. E., Partridge, J. C., Anderson, J. G., Morris, M., Kuppermann, M., Franck, L. S., Rand, L., & Jelliffe-Pawlowski, L. L. (2016). Population-based risks of mortality and preterm morbidity by gestational age and birth weight. *Journal of Perinatology*, *36*(11), 1008–1013. https://doi.org/10.1038/jp.2016.118

Barker, D. J. P. (1995). Fetal origins of coronary heart disease. *BMJ*, *311*(6998), 171–174. https://doi.org/10.1136/bmj.311.6998.171

Binkowski, F. S., & Roselle, S. J. (2003). Models-3 Community Multiscale Air Quality (CMAQ) model aerosol component 1. Model description. *Journal of Geophysical Research: Atmospheres*, *108*(D6). https://doi.org/10.1029/2001JD001409

Bolden, A. L., Kwiatkowski, C. F., & Colborn, T. (2015). New Look at BTEX: Are Ambient Levels a Problem? *Environmental Science & Technology*, *49*(9), 5261–5276. https://doi.org/10.1021/es505316f

Brandt, A., Millstein, D., Jin, L., & Englander, J. (2015). *Air Quality Impacts from Well Stimulation*. In An Independent Scientific Assessment of Well Stimulation in California. https://ccst.us/wp-content/uploads/160708-sb4-vol-II-3-1.pdf

Burgos, W. D., Castillo-Meza, L., Tasker, T. L., Geeza, T. J., Drohan, P. J., Liu, X., Landis, J. D., Blotevogel, J., McLaughlin, M., Borch, T., & Warner, N. R. (2017). Watershed-Scale Impacts from Surface Water Disposal of Oil and Gas Wastewater in Western Pennsylvania. *Environmental Science & Technology*. https://doi.org/10.1021/acs.est.7b01696

Busby, C., & Mangano, J. J. (2017). There's a World Going on Underground—Infant Mortality and Fracking in Pennsylvania. *Journal of Environmental Protection*, *08*(04), 381. https://doi.org/10.4236/jep.2017.84028

CalEPA OEHHA. (2001, May 21). *Health Effects of Diesel Exhaust*. OEHHA. https://oehha.ca.gov/air/health-effects-diesel-exhaust

CalEPA OEHHA. (2008). *Technical Support Document for the Derivation of Noncancer Reference Exposure Levels Appendix D 2014 Update*. https://oehha.ca.gov/media/downloads/crnr/noncancertsdfinal.pdf

CalEPA OEHHA. (2009). *Technical Support Document for Cancer Potency Factors:* 88.

CalEPA OEHHA. (2021, March 19). *The Proposition 65 List*. OEHHA. https://oehha.ca.gov/proposition-65/proposition-65-list

Carmody, J. B., & Charlton, J. R. (2013). Short-Term Gestation, Long-Term Risk: Prematurity and Chronic Kidney Disease. *Pediatrics*, *131*(6), 1168–1179. https://doi.org/10.1542/peds.2013-0009

Caron-Beaudoin, É., Whitworth, K. W., Bosson-Rieutort, D., Wendling, G., Liu, S., & Verner, M.-A. (2020). Density and proximity to hydraulic fracturing wells and birth outcomes in Northeastern British Columbia, Canada. *Journal of Exposure Science & Environmental Epidemiology*. https://doi.org/10.1038/s41370-020-0245-z

Casey, J. A., Goin, D. E., Rudolph, K. E., Schwartz, B. S., Mercer, D., Elser, H., Eisen, E. A., & Morello-Frosch, R. (2019). Unconventional natural gas development and adverse birth outcomes in Pennsylvania: The potential mediating role of antenatal anxiety and depression. *Environmental Research*, *177*, 108598. https://doi.org/10.1016/j.envres.2019.108598

Casey, J. A., Savitz, D. A., Rasmussen, S. G., Ogburn, E. L., Pollak, J., Mercer, D. G., & Schwartz, B. S. (2016). Unconventional natural gas development and birth outcomes in Pennsylvania, USA. *Epidemiology (Cambridge, Mass.)*, *27*(2), 163–172. https://doi.org/10.1097/EDE.0000000000000387

Currie, J., Greenstone, M., & Meckel, K. (2017). Hydraulic fracturing and infant health: New evidence from Pennsylvania. *Science Advances*, *3*(12), e1603021. https://doi.org/10.1126/sciadv.1603021

Cushing, L. J., Vavra-Musser, K., Chau, K., Franklin, M., & Johnston, J. E. (2020). Flaring from Unconventional Oil and Gas Development and Birth Outcomes in the Eagle Ford Shale in South Texas. *Environmental Health Perspectives*, *128*(7), 077003. https://doi.org/10.1289/EHP6394

Dadvand, P., Parker, J., Bell, M. L., Bonzini, M., Brauer, M., Darrow, L. A., Gehring, U., Glinianaia, S. V., Gouveia, N., Ha, E., Leem, J. H., van, den H. E. H., Jalaludin, B., Jesdale, B. M., Lepeule, J., Morello, -Frosch Rachel, Morgan, G. G., Pesatori, A. C., Pierik, F. H., … Woodruff, T. J. (2013). Maternal Exposure to Particulate Air Pollution and Term Birth Weight: A Multi-Country Evaluation of Effect and Heterogeneity. *Environmental Health Perspectives*, *121*(3), 267–373. https://doi.org/10.1289/ehp.1205575

Deziel, N. C., Brokovich, E., Grotto, I., Clark, C. J., Barnett-Itzhaki, Z., Broday, D., & Agay-Shay, K. (2020). Unconventional oil and gas development and health outcomes: A scoping review of the epidemiological research. *Environmental Research*, *182*, 109124. https://doi.org/10.1016/j.envres.2020.109124

DiGiulio, D., Rossi, R.J., Jaeger, J., Shonkoff, S.B.C., & Ryan, J.N. (2021). Vulnerability of Groundwater Resources Underlying Unlined Produced Water Ponds in the Tulare Basin of the San Joaquin Valley, California. *In Review*.

19

Dzhambov, A. M., & Lercher, P. (2019). Road Traffic Noise Exposure and Birth Outcomes: An Updated Systematic Review and Meta-Analysis. *International Journal of Environmental Research and Public Health*, *16*(14), 2522. https://doi.org/10.3390/ijerph16142522

Eisner, M. D. (2002). Environmental tobacco smoke exposure and pulmonary function among adults in NHANES III: Impact on the general population and adults with current asthma. *Environmental Health Perspectives*, *110*(8), 765–770. https://doi.org/10.1289/ehp.02110765

Ferrero, A., Iñiguez, C., Esplugues, A., Estarlich, M., & Ballester, F. (2014). Benzene Exposure and Respiratory Health in Children: A Systematic Review of Epidemiologic Evidences. *Journal of Pollution Effects & Control*, *02*(02). https://doi.org/10.4172/2375-4397.1000114

Fink, N. S., Urech, C., Cavelti, M., & Alder, J. (2012). Relaxation during pregnancy: What are the benefits for mother, fetus, and the newborn? A systematic review of the literature. *The Journal of Perinatal & Neonatal Nursing*, *26*(4), 296–306. https://doi.org/10.1097/JPN.0b013e31823f565b

Frey, H. A., & Klebanoff, M. A. (2016). The epidemiology, etiology, and costs of preterm birth. *Seminars in Fetal and Neonatal Medicine*, *21*(2), 68–73. https://doi.org/10.1016/j.siny.2015.12.011

Friedman, M. S., Powell, K. E., Hutwagner, L., Graham, L. M., & Teague, W. G. (2001). Impact of Changes in Transportation and Commuting Behaviors During the 1996 Summer Olympic Games in Atlanta on Air Quality and Childhood Asthma. *JAMA*, *285*(7), 897–905. https://doi.org/10.1001/jama.285.7.897

Gauderman, W. J., Urman, R., Avol, E., Berhane, K., McConnell, R., Rappaport, E., Chang, R., Lurmann, F., & Gilliland, F. (2015). Association of improved air quality with lung development in children. *The New England Journal of Medicine*, *372*(10), 905–913. https://doi.org/10.1056/NEJMoa1414123

Gonzalez, D. J. X., Francis, C. K., Shaw, G. M., Cullen, M. R., Baiocchi, M., & Burke, M. (2021). Upstream oil and gas production and ambient air pollution in California. *Science of The Total Environment*, 150298. https://doi.org/10.1016/j.scitotenv.2021.150298

Gonzalez, D. J. X., Sherris, A. R., Yang, W., Stevenson, D. K., Padula, A. M., Baiocchi, M., Burke, M., Cullen, M. R., & Shaw, G. M. (2020). Oil and gas production and spontaneous preterm birth in the San Joaquin Valley, CA: A case–control study. *Environmental Epidemiology*, *4*(4), e099. https://doi.org/10.1097/EE9.0000000000000099

Guarnieri, M., & Balmes, J. R. (2014). Outdoor air pollution and asthma. *The Lancet*, *383*(9928), 1581–1592. https://doi.org/10.1016/S0140-6736(14)60617-6

Ha, S., Hu, H., Roussos-Ross, D., Haidong, K., Roth, J., & Xu, X. (2014). The effects of air pollution on adverse birth outcomes. *Environmental Research*, *134*, 198–204. https://doi.org/10.1016/j.envres.2014.08.002

Helmig, D. (2020). Air quality impacts from oil and natural gas development in Colorado. *Elementa: Science of the Anthropocene*, *8*(4). https://doi.org/10.1525/elementa.398

Hill, A. B. (1965). The Environment and Disease: Association or Causation? *Proceedings of the Royal Society of Medicine*, *58*(5), 295–300. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1898525/

Hill, E. L. (2018). Shale gas development and infant health: Evidence from Pennsylvania. *Journal of Health Economics*, *61*, 134–150. https://doi.org/10.1016/j.jhealeco.2018.07.004

Hill, L. L., Czolowski, E. D., DiGiulio, D., & Shonkoff, S. B. C. (2019). Temporal and spatial trends of conventional and unconventional oil and gas waste management in Pennsylvania, 1991–2017. *Science of The Total Environment*, *674*, 623–636. https://doi.org/10.1016/j.scitotenv.2019.03.475

Holder, C., Hader, J., Avanasi, R., Hong, T., Carr, E., Mendez, B., Wignall, J., Glen, G., Guelden, B., Wei, Y., & CDPHE (Colorado Department of Public Health and Environment). (2019). Evaluating potential human health risks from modeled inhalation exposures to volatile organic compounds emitted from oil and gas operations. *Journal of the Air & Waste Management Association*, *69*(12), 1503–1524. https://doi.org/10.1080/10962247.2019.1680459

Jackson, R. B., Vengosh, A., Carey, J. W., Davies, R. J., Darrah, T. H., O'Sullivan, F., & Pétron, G. (2014). The Environmental Costs and Benefits of Fracking. *Annual Review of Environment and Resources*, *39*(1), 327–362. https://doi.org/10.1146/annurev-environ-031113-144051

Janitz, A. E., Dao, H. D., Campbell, J. E., Stoner, J. A., & Peck, J. D. (2019). The association between natural gas well activity and specific congenital anomalies in Oklahoma, 1997-2009. *Environment International*, *122*, 381–388. https://doi.org/10.1016/j.envint.2018.12.011

Johnston, J. E., Enebish, T., Eckel, S. P., Navarro, S., & Shamasunder, B. (2021). Respiratory Health, Pulmonary Function and Local Engagement in Urban Communities Near Oil Development. *Environmental Research*, 111088. https://doi.org/10.1016/j.envres.2021.111088

Kan, H., Heiss, G., Rose, K. M., Whitsel, E., Lurmann, F., & London, S. J. (2007). Traffic exposure and lung function in adults: The Atherosclerosis Risk in Communities study. *Thorax*, *62*(10), 873–879. https://doi.org/10.1136/thx.2006.073015

Koehler, K., Ellis, J. H., Casey, J. A., Manthos, D., Bandeen-Roche, K., Platt, R., & Schwartz, B. S. (2018). Exposure Assessment Using Secondary Data Sources in Unconventional Natural Gas Development and Health Studies. *Environmental Science & Technology*, *52*(10), 6061–6069. https://doi.org/10.1021/acs.est.8b00507

Lauer, N. E., Warner, N. R., & Vengosh, A. (2018). Sources of Radium Accumulation in Stream Sediments near Disposal Sites in Pennsylvania: Implications for Disposal of Conventional Oil and Gas Wastewater. *Environmental Science & Technology*. https://doi.org/10.1021/acs.est.7b04952

Li, C., Yang, M., Zhu, Z., Sun, S., Zhang, Q., Cao, J., & Ding, R. (2020). Maternal exposure to air pollution and the risk of low birth weight: A meta-analysis of cohort studies. *Environmental Research*, *190*, 109970. https://doi.org/10.1016/j.envres.2020.109970

Li, L., Blomberg, A. J., Spengler, J. D., Coull, B. A., Schwartz, J. D., & Koutrakis, P. (2020). Unconventional oil and gas development and ambient particle radioactivity. *Nature Communications*, *11*(1), 5002. https://doi.org/10.1038/s41467-020-18226-w

Liu, L., Johnson, H. L., Cousens, S., Perin, J., Scott, S., Lawn, J. E., Rudan, I., Campbell, H., Cibulskis, R., Li, M., Mathers, C., & Black, R. E. (2012). Global, regional, and national causes of child mortality: An updated systematic analysis for 2010 with time trends since 2000. *The Lancet*, *379*(9832), 2151–2161. https://doi.org/10.1016/S0140-6736(12)60560-1

Long, J. C. S., Birkholzer, J. T., & Feinstein, L. C. (2015). *An Independent Scientific Assessment of Well Stimulation in California: Summary Report—An Examination of Hydraulic Fracturing and Acid Stimulations in the Oil and Gas Industry*. https://ccst.us/wp-content/uploads/2015SB4summary.pdf

Lucas, R. M., & McMichael, A. J. (2005). Association or causation: Evaluating links between "environment and disease". *Bulletin of the World Health Organization*, *83*(10), 792–795. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2626424/

Ma, Z.-Q. (2016). Time Series Evaluation of Birth Defects in Areas with and without Unconventional Natural Gas Development. *Journal of Epidemiology and Public Health Reviews*, *1*. https://doi.org/10.16966/2471-8211.107

McKenzie, L. M., Allshouse, W., & Daniels, S. (2019). Congenital heart defects and intensity of oil and gas well site activities in early pregnancy. *Environment International*, *132*, 104949. https://doi.org/10.1016/j.envint.2019.104949

McKenzie, L. M., Blair, B. D., Hughes, J., Allshouse, W. B., Blake, N., Helmig, D., Milmoe, P., Halliday, H., Blake, D. R., & Adgate, J. L. (2018). Ambient Non-Methane Hydrocarbon Levels Along Colorado's Northern Front Range: Acute and Chronic Health Risks. *Environmental Science & Technology*. https://doi.org/10.1021/acs.est.7b05983

McKenzie, L. M., Guo, R., Witter, R. Z., Savitz, D. A., Newman, L. S., & Adgate, J. L. (2014). Birth outcomes and maternal residential proximity to natural gas development in rural Colorado. *Environmental Health Perspectives*, *122*(4), 412–417. https://doi.org/10.1289/ehp.1306722

Michanowicz, D. R., Lebel, E. D., Domen, J. K., Hill, L. L., Jaeger, J. M., Schiff, J. E., Krieger, E. M., Banan, Z., Nordgaard, C. L., & Shonkoff, S. B. C. (Forthcoming). *Methane and Health-damaging Air Pollutants From the Oil and Gas Sector: Bridging 10 Years of Scientific Understanding*. PSE Healthy Energy.

Moore, C. W., Zielinska, B., Pétron, G., & Jackson, R. B. (2014). Air Impacts of Increased Natural Gas Acquisition, Processing, and Use: A Critical Review. *Environmental Science & Technology*, *48*(15), 8349–8359. https://doi.org/10.1021/es4053472

NIEHS (National Institute of Environmental Health Sciences). (2021). *Air Pollution and Your Health*. National Institute of Environmental Health Sciences. https://www.niehs.nih.gov/health/topics/agents/air-pollution/index.cfm

Nieuwenhuijsen, M. J., Ristovska, G., & Dadvand, P. (2017). WHO Environmental Noise Guidelines for the European Region: A Systematic Review on Environmental Noise and

Adverse Birth Outcomes. *International Journal of Environmental Research and Public Health*, *14*(10), E1252. https://doi.org/10.3390/ijerph14101252

Pavley (2013). *Senate Bill No. 4 Oil and Gas: Well Stimulation*. https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=201320140SB4

Peng, L., Meyerhoefer, C., & Chou, S.-Y. (2018). The health implications of unconventional natural gas development in Pennsylvania. *Health Economics*, *27*(6), 956–983. https://doi.org/10.1002/hec.3649

Rabinowitz, P. M., Slizovskiy, I. B., Lamers, V., Trufan, S. J., Holford, T. R., Dziura, J. D., Peduzzi, P. N., Kane, M. J., Reif, J. S., Weiss, T. R., & Stowe, M. H. (2015). Proximity to Natural Gas Wells and Reported Health Status: Results of a Household Survey in Washington County, Pennsylvania. *Environmental Health Perspectives*, *123*(1), 21–26. https://doi.org/10.1289/ehp.1307732

Rasmussen, S. G., Ogburn, E. L., McCormack, M., Casey, J. A., Bandeen-Roche, K., Mercer, D. G., & Schwartz, B. S. (2016). Association Between Unconventional Natural Gas Development in the Marcellus Shale and Asthma Exacerbations. *JAMA Internal Medicine*, *176*(9), 1334. https://doi.org/10.1001/jamainternmed.2016.2436

Schraufnagel, D. E., Balmes, J. R., De Matteis, S., Hoffman, B., Kim, W. J., Perez-Padilla, R., Rice, M., Sood, A., Vanker, A., & Wuebbles, D. J. (2019). Health Benefits of Air Pollution Reduction. *Annals of the American Thoracic Society*, *16*(12), 1478–1487. https://doi.org/10.1513/AnnalsATS.201907-538CME

Seixas, N. S., & Checkoway, H. (1995). Methodology Series: Exposure Assessment in Industry Specific Retrospective Occupational Epidemiology Studies. *Occupational and Environmental Medicine*, *52*(10), 625–633. https://www.jstor.org/stable/27730414

Shamasunder, B., Collier-Oxandale, A., Blickley, J., Sadd, J., Chan, M., Navarro, S., Hannigan, M., & Wong, N. J. (2018). Community-Based Health and Exposure Study around Urban Oil Developments in South Los Angeles. *International Journal of Environmental Research and Public Health*, *15*(1). https://doi.org/10.3390/ijerph15010138

Shapiro, G. D., Fraser, W. D., Frasch, M. G., & Séguin, J. R. (2013). Psychosocial stress in pregnancy and preterm birth: Associations and mechanisms. *Journal of Perinatal Medicine*, *41*(6), 631–645. https://doi.org/10.1515/jpm-2012-0295

Shonkoff, S. B. C., Maddalena, R. L., Hays, J., Stringfellow, W. T., Wettstein, Z. S., Harrison, R., Sandelin, W., & McKone, T. E. (2015). *Chapter 6: Potential Impacts of Well Stimulation on Human Health in California* (An Independent Scientific Assessment of Well Stimulation in California, Volume II: Generic and Potential Environmental Impacts of Well Stimulation Treatments). California Council on Science and Technology. https://ccst.us/wp-content/uploads/160708-sb4-vol-II-6-1.pdf

Soriano, M. A., Siegel, H. G., Gutchess, K. M., Clark, C. J., Li, Y., Xiong, B., Plata, D. L., Deziel, N. C., & Saiers, J. E. (2020). Evaluating Domestic Well Vulnerability to Contamination From Unconventional Oil and Gas Development Sites. *Water Resources Research*, *n/a*(n/a), e2020WR028005. https://doi.org/10.1029/2020WR028005

Stacy, S. L., Brink, L. L., Larkin, J. C., Sadovsky, Y., Goldstein, B. D., Pitt, B. R., & Talbott, E. O. (2015). Perinatal Outcomes and Unconventional Natural Gas Operations in Southwest Pennsylvania. *PLOS ONE*, *10*(6), e0126425. https://doi.org/10.1371/journal.pone.0126425

Stringfellow, W. T., Camarillo, M. K., Domen, J. K., & Shonkoff, S. B. (2017). Comparison of chemical-use between hydraulic fracturing, acidizing, and routine oil and gas development. *PloS One*, *12*(4), e0175344.

Swinburn, T. K., Hammer, M. S., & Neitzel, R. L. (2015). Valuing Quiet: An Economic Assessment of U.S. Environmental Noise as a Cardiovascular Health Hazard. *American Journal of Preventive Medicine*, *49*(3), 345–353. https://doi.org/10.1016/j.amepre.2015.02.016

Tang, I. W., Langlois, P. H., & Vieira, V. M. (2021). Birth defects and unconventional natural gas developments in Texas, 1999–2011. *Environmental Research*, *194*, 110511. https://doi.org/10.1016/j.envres.2020.110511

Tran, K. V., Casey, J. A., Cushing, L. J., & Morello-Frosch, R. (2020). Residential Proximity to Oil and Gas Development and Birth Outcomes in California: A Retrospective Cohort Study of 2006–2015 Births. *Environmental Health Perspectives*, *128*(6), 067001. https://doi.org/10.1289/EHP5842

Tran, K. V., Casey, J. A., Cushing, L. J., & Morello-Frosch, R. (Forthcoming). Residential proximity to hydraulically fractured oil and gas wells and adverse birth outcomes in urban and rural communities in California (2006-2015). *Environmental Epidemiology*.

US EPA. (2019). *Integrated Science Assessment (ISA) for Particulate Matter (Final Report, Dec 2019)* [Reports & Assessments]. https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=347534

US EPA. (2020). *Integrated Science Assessment (ISA) for Ozone and Related Photochemical Oxidants (Final Report, Apr 2020)* [Reports & Assessments]. https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=348522

US EPA. (2021, April). *BenMAP: Environmental Benefits Mapping and Analysis Program – Community Edition. User's Manual.* https://www.epa.gov/sites/default/files/2015-04/documents/benmap-ce_user_manual_march_2015.pdf

Vogel, J. P., Chawanpaiboon, S., Moller, A.-B., Watananirun, K., Bonet, M., & Lumbiganon, P. (2018). The global epidemiology of preterm birth. *Best Practice & Research Clinical Obstetrics & Gynaecology*, *52*, 3–12. https://doi.org/10.1016/j.bpobgyn.2018.04.003

Walker Whitworth, K., Kaye Marshall, A., & Symanski, E. (2018). Drilling and Production Activity Related to Unconventional Gas Development and Severity of Preterm Birth. *Environmental Health Perspectives*, *126*(3), 037006. https://doi.org/10.1289/EHP2622

Whitworth, K. W., Marshall, A. K., & Symanski, E. (2017). Maternal residential proximity to unconventional gas development and perinatal outcomes among a diverse urban population in Texas. *PLOS ONE*, *12*(7), e0180966. https://doi.org/10.1371/journal.pone.0180966

24

Willis, M. D., Hill, E. L., Boslett, A., Kile, M. L., Carozza, S. E., & Hystad, P. (2021). Associations between Residential Proximity to Oil and Gas Drilling and Term Birth Weight and Small-for-Gestational-Age Infants in Texas: A Difference-in-Differences Analysis. *Environmental Health Perspectives*, *129*(7), 077002. https://doi.org/10.1289/EHP7678

Willis, M., Hystad, P., Denham, A., & Hill, E. (2020). Natural gas development, flaring practices and paediatric asthma hospitalizations in Texas. *International Journal of Epidemiology*. https://doi.org/10.1093/ije/dyaa115

Willis, M. D., Jusko, T. A., Halterman, J. S., & Hill, E. L. (2018). Unconventional natural gas development and pediatric asthma hospitalizations in Pennsylvania. *Environmental Research*, *166*, 402–408. https://doi.org/10.1016/j.envres.2018.06.022

Zammerilli, A., Murray, R., Davis, T., & Littlefield, J. (2014). Environmental impacts of unconventional natural gas development and production. *DOE/NETL-2014/1651. U.S. DOE.* https://wedocs.unep.org/bitstream/handle/20.500.11822/17944/netl_environmental.pdf?sequence=1&isAllowed=y