Docusign Envelope ID: 937B2259-53A9-4BB0-AAAC-41DC71267BB4

ROB BONTA, State Bar No. 202668
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
CHRISTOPHER J. KISSEL, State Bar No. 333937
JERRY T. YEN, State Bar No. 247988
Deputy Attorneys General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendants State of California, Governor Gavin Newsom, California Department of Conservation, Geologic Energy Management Division, and Doug Ito*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:26-cv-00107-DC-SCR |
| Plaintiff, | **DECLARATION OF TREY POWELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION** |
| v. | |
| **STATE OF CALIFORNIA; GAVIN NEWSOM,** in his official capacity as **Governor of the State of California; CALIFORNIA DEPARTMENT OF CONSERVATION, GEOLOGIC ENERGY MANAGEMENT DIVISION;** and **DOUG ITO,** in his official capacity as State Oil and Gas Supervisor, | |
| Defendants. | |

1

Docusign Envelope ID: 937B2259-53A9-4BB0-AAAC-41DC71267BB4

**DECLARATION OF TREY POWELL**

I, Trey Powell, declare:

1. I am a District Deputy at the California Department of Conservation, Geologic Energy Management Division (CalGEM). I make this declaration of my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. This declaration is made in support of Defendants' opposition to Plaintiff's motion for preliminary injunction.

3. As a District Deputy at CalGEM, I oversee one of CalGEM's three districts. Each district is responsible for the oversight and regulation of oil and gas development within their respective geographic area. I manage approximately 70 staff in CalGEM's Sacramento, Ventura, and Orcutt offices, which comprise CalGEM's Northern district. I am responsible for ensuring the district reviews notices of intention and issues permits consistent with applicable statutes and regulations, including those related to health protection zones within the Northern district.

4. I have a bachelor's and master's degree in petroleum engineering from Texas A&M University, College Station. I am a licensed Petroleum Engineer in California.

5. To drill a new well or rework an existing well in California, whether on federal land or not, oil and gas operators first need to obtain approval from local authorities, if required. Once that approval is received, they submit a Notice of Intent (NOI) application to CalGEM.

6. CalGEM reviews each permit application for compliance with health and safety rules, environmental rules (California Environmental Quality Act), and other state laws and guidelines. CalGEM will not approve an application unless it meets all CalGEM's regulatory requirements and any potential impacts to health, safety, or the environment identified by CalGEM are effectively addressed by mitigating permit conditions. Operators may not begin operations until CalGEM approves the NOI.

7. SB 1137 contains an exception which allows CalGEM to issue a permit within a health protection zone (HPZ) when it is necessary to prevent or respond to a threat to public health, safety, of the environment. This permit exception applies regardless of whether the well is

Docusign Envelope ID: 937B2259-53A9-4BB0-AAAC-41DC71267BB4

located on land managed by the Bureau of Land Management (BLM). Since late June 2024, CalGEM has approved approximately 77 permit exceptions for existing wells within an HPZ, primarily to repair damaged casing. CalGEM just recently approved an exception request to repair a well located on a BLM lease.

8. I have reviewed CalGEM's pending HPZ NOI records and am not aware of any pending NOI applications for reworking a well on BLM-managed land.

9. There are methods to extract oil and gas resources underneath an HPZ without having to drill a well on the surface of an HPZ. Specifically, directional or horizontal drilling are methods where a well outside an HPZ can access resources within an HPZ. Directional or horizonal drilling involves drilling laterally from the wellhead location. Directional or horizonal wells typically start vertically and then gradually increase the angle of drilling up to 90 degrees (horizontal) or greater.

10. Directional and horizontal wells are currently being used in most oil fields in California to some extent. Based on my experience, I am unaware of any geological issues in California that would prevent an operator from using directional drilling to extract oil and gas resources in an HPZ if the wellhead can be located outside of the HPZ.

11. There are wells and oil fields on BLM-managed land located within an HPZ because the wells are near schools and neighborhoods. For example, Exhibit 1 to this declaration is a map showing several wells in the Castaic Hills oil field within 3,200 feet of an elementary and middle school. Exhibit 2 to this declaration is a map showing wells in the Buena Vista Oil Field within 3,200 feet of an elementary school and neighborhood.

Docusign Envelope ID: 937B2259-53A9-4BB0-AAAC-41DC71267BB4

1     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2026

*Trey Powell*

Trey Powell
District Deputy
California Department of Conservation,
Geologic Energy Management Division

Docusign Envelope ID: 937B2259-53A9-4BB0-AAAC-41DC71267BB4

# EXHIBIT 1



Docusign Envelope ID: 937B2259-53A9-4BB0-AAAC-41DC71267BB4

# EXHIBIT 2

Docusign Envelope ID: 937B2259-53A9-4BB0-AAAC-41DC71267BB4

