Docusign Envelope ID: 1F0D6310-D76E-46E5-981D-1FE8A700E211

ROB BONTA, State Bar No. 202668
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
CHRISTOPHER J. KISSEL, State Bar No. 333937
JERRY T. YEN, State Bar No. 247988
Deputy Attorneys General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7836
 Fax: (916) 324-8835
 E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendants State of California, Governor Gavin Newsom, California Department of Conservation, Geologic Energy Management Division, and Doug Ito*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, in his official capacity as Governor of the State of California; CALIFORNIA DEPARTMENT OF CONSERVATION, GEOLOGIC ENERGY MANAGEMENT DIVISION; and DOUG ITO, in his official capacity as State Oil and Gas Supervisor,**<br><br>Defendants. | Case No. 2:26-cv-00107-DC-SCR<br><br>**DECLARATION OF LLOYD LIGHT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION** |

Docusign Envelope ID: 1F0D6310-D76E-46E5-981D-1FE8A700E211

# DECLARATION OF LLOYD LIGHT

I, Lloyd Light, declare:

1. I am a Geographic Information Systems (GIS) Manager at the California Department of Conservation, Geologic Energy Management Division (CalGEM). I make this declaration of my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. This declaration is made in support of Defendants' opposition to Plaintiff's motion for preliminary injunction.

3. As a GIS Manager at CalGEM, I currently oversee the Geographic Information Systems Unit 1. I am also responsible for CalGEM's Senate Bill 1137 GIS quality control process.

4. A map of health protection zones (HPZs) is located on CalGEM's website at https://maps.conservation.ca.gov/calgem/HPZ/ (HPZ Map), HPZ Version 2026.1.1. The HPZ Map displays "Verified HPZ" and "Potentially HPZ." "Verified HPZ" means areas that have been created from verified sensitive receptors that have been quality control checked by CalGEM. "Potentially HPZ" means "algorithmically created areas that have preliminarily been identified as having a sensitive receptor but have not gone through a formal quality control process to verify the sensitive receptor.

5. The HPZ Map can display an overlay of HPZs with BLM oil and gas leases. This BLM lease information was obtained from BLM's publicly available Geospatial Business Platform Hub at https://gbp-blm-egis.hub.arcgis.com/pages/california. The hub includes data for "BLM Natl MLRS Oil and Gas Leases" and the "BLM CA Land Status Surface Management Agency."

6. BLM's Natl MLRS Oil and Gas Leases data contains approximately 9,075 BLM oil and gas leases in California covering 9,680,979 acres. Of the 9,680,979 acres, 122,831 acres (or 1.269%) are located within a Verified HPZ and 1,002,951 acres (or 10.36%) are located within either a Verified HPZ or Potentially HPZ.

Docusign Envelope ID: 1F0D6310-D76E-46E5-981D-1FE8A700E211

7. The BLM Natl MLRS Oil and Gas Lease data appears to cover both active and historic oil and gas leases. When filtered to exclude "closed" lease cases and only include authorized, interim, and pending (collectively "active") leases, the data displays 411 BLM oil and gas leases covering 142,311 acres. Of the 142,311 acres, 25,615 acres (or 18%) are located within a Verified HPZ and 27,131 acres (or 19%) are located within either a Verified HPZ or Potentially HPZ.

8. Exhibit 1 to this declaration is a map showing a subset of BLM's 411 "active" and closed leases from BLM's oil and gas leases data in a portion of Kern County, California, north of Bakersfield. As can be seen in this map, the leases form a patchwork and are not necessesarily contiguous. The yellow polygons show closed leases, the blue polygons show authorized leases, and the red polygons show interim leases. There are no pending leases showing on this map. This noncontinuous pattern of BLM leases interspersed with private or state land in Kern County is generally representative of BLM lease locations that are near HPZs throughout California.

9. Exhibit 2 to this declaration is a map showing the same information as Exhibit 1 but overlaid with Verified HPZs (shown in purple) and Potentially HPZs (shown in pink). The dark dots within the circles are sensitive receptors.

10. The HPZ Map can also display an overlay of HPZs with data from the BLM CA Land Status Surface Management Agency. This data is understood to include all lands managed by BLM or other Federal agencies. Based on this data, there are 15,004,341 acres of BLM-managed land in California. Of the 15,004,341 acres, 29,683 acres (or 0.198%) are located within a Verified HPZ and 1,427,790 acres (or 9.5%) are located within either a Verified HPZ or Potentially HPZ.

11. Based on BLM CA Land Status Surface Management Agency data, there are about 49,165,992 acres of land in California managed by BLM or other Federal agencies. Of the 49,165,992 acres, 390,806 acres (or 0.79%) are located within a Verified HPZ and 6,403,408 (or 13.02%) are located within either a Verified HPZ or Potentially HPZ.

Docusign Envelope ID: 1F0D6310-D76E-46E5-981D-1FE8A700E211

1   12.   Exhibit 3 to this declaration is a map depicting the same information as Exhibit 2 but adding in green, any land managed by BLM or other Federal agencies identified in the BLM CA Land Status Surface Management Agency data.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2026

Lloyd Light
Geographic Information Systems Manager
California Department of Conservation,
Geologic Energy Management Division

# EXHIBIT 1





# EXHIBIT 2

Docusign Envelope ID: 1F0D6310-D76E-46E5-981D-1FE8A700E211




# EXHIBIT 3

Docusign Envelope ID: 1F0D6310-D76E-46E5-981D-1FE8A700E211



BLM Oil and Gas Leases with Federal Lands near Bakersfield, CA