

United States District Court
Eastern District of California

| United States of America |
| --- |
Plaintiff(s)

v.

| State of California, et al |
| --- |
Defendant(s)

Case Number: 2:26-cv-00107-DC-SCR

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason C. Rylander hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Center for Biological Diversity

On ___11/02/2001___ (date), I was admitted to practice and presently in good standing in the ___DC Court of Appeals___ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:___02/23/2026___    Signature of Applicant: /s/ Jason C. Rylander

**Pro Hac Vice Attorney**

Applicant's Name: Jason C. Rylander

Law Firm Name: Center for Biological Diversity

Address: 1411 K Street, NW, Ste. 1300

City: Washington    State: DC    Zip: 20005

Phone Number w/Area Code: (202) 744-2244

City and State of Residence: Arlington, VA

Primary E-mail Address: jrylander@biologicaldiversity.org

Secondary E-mail Address: jasonrylander@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Victoria Bogdan Tejeda

Law Firm Name: Center for Biological Diversity

Address: 2100 Franklin St., Ste. 375

City: Oakland    State: CA    Zip: 94612

Phone Number w/Area Code: (510) 844-7100    Bar # 317132

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 2, 2026

Dena Coggins
United States District Judge