ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

DUSTIN J. WEISMAN (CO Bar #44818)
JOHN K. HEISE (CA Bar #331615)
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (303) 844-1369
Telephone: (202) 598-3312
Facsimile: (303) 844-1350
Email: dustin.weisman@usdoj.gov
Email: john.heise@usdoj.gov

*Attorneys for the United States*

ERIC GRANT
United States Attorney
Eastern District of California

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:26-cv-00107-DC-SCR<br><br>**REQUEST FOR LIVE AUDIO ACCESS**<br><br>Judge: Hon. Dena M. Coggins<br>Hearing Date: March 20, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10 |

Request for Live Audio Access                                    1

Pursuant to Local Rule 173(c), Plaintiff the United States of America respectfully requests that the Court broadcast a live audio stream of the hearing on the United States' Motion for a Preliminary Injunction, set for March 20, 2026.  Pursuant to the Guidelines for the Audio Streaming Pilot Project, the Eastern District of California is a pilot court; this is a civil matter of public interest; this hearing does not involve jurors, witness testimony, or confidential information; and the State of California has consented to the streaming of this hearing.

Dated: March 18, 2026                    Respectfully submitted,

                                         ADAM R.F. GUSTAFSON
                                         Principal Deputy Assistant Attorney General

                                         PETER M. TORSTENSEN, JR.
                                         Deputy Assistant Attorney General

                                         /s/ *John K. Heise*
                                         DUSTIN J. WEISMAN (CO Bar #44818)
                                         JOHN K. HEISE (CA Bar #331615)
                                         Trial Attorneys
                                         Natural Resources Section
                                         Environment and Natural Resources Division
                                         U.S. Department of Justice
                                         950 Pennsylvania Avenue, NW
                                         Washington, DC 20530
                                         Telephone: (303) 844-1369
                                         Telephone: (202) 598-3312
                                         Facsimile: (303) 844-1350
                                         Email: dustin.weisman@usdoj.gov
                                         Email: john.heise@usdoj.gov

                                         ERIC GRANT
                                         United States Attorney
                                         Eastern District of California

                                         *Attorneys for the United States*